UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROBERT C. ASHE, Individually and on Behalf of All Others Similarly Situated, | Case No. 1:23-cv-00764-AMN-DJS |
| Plaintiff, | <u>CLASS ACTION</u> |
| v. | |
| ARROW FINANCIAL CORPORATION, THOMAS J. MURPHY, PENKO K. IVANOV, and EDWARD J. CAMPANELLA, | |
| Defendants. | |

<u>STIPULATION AND ORDER</u>

WHEREAS, on June 23, 2023, Plaintiff Robert C. Ashe ("Plaintiff") filed a putative class action complaint (the "Complaint") (Dkt. No. 1) in the above-captioned action (the "Action") against Defendants Arrow Financial Corporation, Thomas J. Murphy, Penko K. Ivanov, and Edward J. Campanella (collectively, "Defendants" and, together with Plaintiff, the "Parties");

WHEREAS, the Complaint asserts federal securities class action claims under the Securities Exchange Act of 1934 (the "Exchange Act"), and the Action is therefore governed by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), 15 U.S.C. § 78u-4 *et seq.*;

WHEREAS, the PSLRA provides, *inter alia*: (i) that plaintiffs bringing class action claims under the Exchange Act must publish a notice (the "Notice") within 20 days of the class action's filing, advising members of the putative class of the pendency of the action and that any member of the putative class may move the Court to serve as lead plaintiff of the putative class within 60 days after the Notice is published; and (ii) a procedure for the appointment by the Court of lead plaintiff(s) and lead counsel to represent the putative class;

WHEREAS, on June 23, 2023, counsel for Plaintiff caused the statutorily required Notice of this Action to be published over *Globe Newswire* pursuant to the PSLRA, 15 U.S.C. § 78u-4(a)(3)(A)(i), advising members of the putative class of the pendency of the Action and that they have until August 22, 2023—*i.e.*, sixty (60) days from the date of the Notice's publication—to file a motion to be appointed as lead plaintiff;

WHEREAS, on August 22, 2023, Plaintiff filed a motion, pursuant to the PSLRA, for the entry of an Order: (1) appointing Ashe as Lead Plaintiff for the Class in the Action; and (2) approving Ashe's selection of Pomerantz LLP ("Pomerantz") as Lead Counsel (the "Lead Plaintiff Motion") (Dkt. No. 5);

WHEREAS, no competing motions to Ashe's Lead Plaintiff Motion were filed on August 22, 2023;

WHEREAS, pursuant to L.R. 7.1(a)(2), any opposition to Ashe's Lead Plaintiff Motion was due to be filed on or before September 12, 2023;

WHEREAS, on September 12, 2023, no opposition to Ashe's Lead Plaintiff Motion was filed;

WHEREAS, Defendants take no position on Ashe's Lead Plaintiff Motion;

WHEREAS, the Parties anticipate that, upon the entry of an Order by the Court pursuant to the PSLRA, 15 U.S.C. § 78u-4(a)(3), appointing lead plaintiff and lead counsel for the Class in the Action (the "Lead Plaintiff Order"), the Court-appointed lead plaintiff will seek to file an amended complaint; and

WHEREAS, accordingly, counsel for the Parties believe that an answer or motion responding to the initial Complaint would be premature prior to the entry of the Lead Plaintiff Order;

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys for the Parties, as follows:

1.      The undersigned counsel for Defendants is authorized to, and hereby does, accept service of the summons and the Complaint in this Action on behalf of all Defendants, without waiver of, or prejudice to, any of their rights or defenses, including, but not limited to, with respect to personal jurisdiction, except a defense as to the sufficiency of service of the summons and Complaint and the form of the summons.

2.      Defendants shall have no obligation to answer or otherwise respond to, and each hereby is expressly relieved from answering or otherwise responding to, the initial Complaint.

3.      Within fourteen (14) days of the Court's entry of a Lead Plaintiff Order and/or the entry of an Order granting this Stipulation, counsel for the court-appointed lead plaintiff and Defendants shall meet and confer and jointly submit for the Court's approval a proposed schedule for the filing of an amended complaint or designating the initial Complaint as the operative complaint, Defendants' response to the same, and all briefing or other submissions associated with any motion(s) to dismiss.

4.      Nothing in this stipulation shall prejudice the right of any party to seek further extensions on the consent of the other parties or from the Court.

Respectfully submitted this 18th day of September, 2023, by:


*s/ Jeremy A. Lieberman*
Jeremy A. Lieberman (Bar Number: 700864)
J. Alexander Hood II (Bar Number: 700865)
Attorneys for Plaintiff
POMERANTZ LLP
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100

*s/ William J. Sushon*
William J. Sushon (Bar Number: 704744)
Javed S. Yunus (Bar Number: 704749)
O'MELVENY & MYERS LLP
7 Times Square
New York, New York 10036
Telephone: (212) 326-2000
Facsimile: (212) 326-2061

Facsimile: (917) 463-1044                          wushon@omm.com
jalieberman@pomlaw.com                        jyunus@omm.com
ahood@pomlaw.com

                                                              *Counsel for Defendants*

*Counsel for Plaintiff and Proposed Lead*
*Counsel for the Class*

IT IS SO ORDERED:

_____
Daniel J. Stewart
U.S. Magistrate Judge

Dated:  9/19/2023
           Albany, NY

## PROOF OF SERVICE

I hereby certify that on September 18, 2023, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

*s/ Jeremy A. Lieberman*
Jeremy A. Lieberman