UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROBERT C. ASHE, Individually and on Behalf of All Others Similarly Situated,<br><br>                                    Plaintiff,<br><br>                    v.<br><br>ARROW FINANCIAL CORPORATION, THOMAS J. MURPHY, PENKO K. IVANOV, and EDWARD J. CAMPANELLA,<br><br>                                    Defendants. | Case No. 1:23-cv-00764-AMN-DJS<br><br>**STIPULATION CONCERNING TIME TO FILE AMENDED COMPLAINT AND PROPOSED BRIEFING SCHEDULE FOR ANTICIPATED MOTION TO DISMISS** |

Lead Plaintiff Robert C. Ashe, acting individually and on behalf of all others similarly situated, and Defendants Arrow Financial Corporation, Thomas J. Murphy, Penko K. Ivanov, and Edward J. Campanella (collectively, "Defendants" and, together with Lead Plaintiff, the "Parties"), by and through their respective undersigned counsel of record, hereby stipulate and agree as follows:

WHEREAS, on June 23, 2023, Lead Plaintiff Robert C. Ashe filed a putative class action complaint (the "Complaint") (Dkt. No. 1) in the above-captioned action (the "Action");

WHEREAS, on August 22, 2023, Plaintiff filed a motion, pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA"), for the entry of an Order: (1) appointing Robert C. Ashe as Lead Plaintiff for the Class in the Action; and (2) approving Ashe's selection of Pomerantz LLP ("Pomerantz") as Lead Counsel (the "Lead Plaintiff Motion") (Dkt. No. 5);

WHEREAS, on September 28, 2023, the Court appointed Robert C. Ashe as Lead Plaintiff and Pomerantz as Lead Counsel for the Class in the Action (Dkt. No. 15);

WHEREAS, the Parties have met and conferred regarding an agreed-to schedule for Lead Plaintiff to file an amended complaint and for the Parties to brief Defendants' anticipated motion to dismiss;

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys for the Parties, as follows:

1. Lead Plaintiff shall file an amended complaint by December 5, 2023;

2. Defendants shall answer, move or otherwise respond to the amended complaint by February 2, 2024;

3. If Defendants move to dismiss the amended complaint, Lead Plaintiff shall have until April 2, 2024 to oppose the motion to dismiss; and

4. Defendants shall file a reply in support of the motion to dismiss by April 30, 2024.

Respectfully submitted this 5th day of October, 2023, by:

| | |
|---|---|
| _/s/ Brenda Szydlo_ | _/s/ William J. Sushon_ |
| Jeremy A. Lieberman (Bar Number: 700864) | William J. Sushon (Bar Number: 704744) |
| Brenda Szydlo (admitted _pro hac vice_) | Javed S. Yunus (Bar Number: 704749) |
| Dean P. Ferrogari (admitted _pro hac vice_) | O'MELVENY & MYERS LLP |
| POMERANTZ LLP | 7 Times Square |
| 600 Third Avenue, 20th Floor | New York, New York 10036 |
| New York, New York 10016 | Telephone: (212) 326-2000 |
| Telephone: (212) 661-1100 | Facsimile: (212) 326-2061 |
| Facsimile: (917) 463-1044 | wsushon@omm.com |
| jalieberman@pomlaw.com | jyunus@omm.com |
| bszydlo@pomlaw.com | |
| dferrogari@pomlaw.com | _Counsel for Defendants_ |

_Lead Counsel for Plaintiff and_
_the Proposed Class_

SO ORDERED, this __10__ day of ____October____, 2023.

Daniel J. Stewart
U.S. Magistrate Judge