April 22, 2024

<u>By ECF</u>

The Honorable Anne M. Nardacci
United State District Court for the Northern District of New York
James T. Foley U.S. Courthouse
445 Broadway
Albany, New York 12207

      Re: <u>Ashe v. Arrow Fin. Corp. et al</u>, No. 1:23-cv-00764-AMN-DJS

Dear Judge Nardacci:

We write to inform the Court that the parties have reached an agreement-in-principle to settle the above-referenced action. The parties therefore request a continuance of all deadlines while the parties work to finalize the settlement and draft the submissions concerning preliminary settlement approval and class notice. The parties hope to be in a position to finalize and file the preliminary settlement approval and class notice documents within 60 days.

Respectfully submitted,

| | |
|---|---|
| <u>*/s/ Brenda Szydlo*</u> | <u>*/s/ William J. Sushon*</u> |
| Jeremy A. Lieberman (Bar Number: 700864) | William J. Sushon (Bar Number: 704744) |
| Brenda Szydlo (*pro hac vice*) | Javed S. Yunus (Bar Number: 704749) |
| Dean P. Ferrogari (*pro hac vice*) | O'MELVENY & MYERS LLP |
| POMERANTZ LLP | 7 Times Square |
| 600 Third Avenue, 20th Floor | New York, New York 10036 |
| New York, New York 10016 | Telephone: (212) 326-2000 |
| Telephone: (212) 661-1100 | Facsimile: (212) 326-2061 |
| Facsimile: (917) 463-1044 | wsushon@omm.com |
| jalieberman@pomlaw.com | jyunus@omm.com |
| bszydlo@pomlaw.com | |
| dferrogari@pomlaw.com | *Counsel for Defendants* |
| | |
| *Lead Counsel for Plaintiffs and* | |
| *the Proposed Class* | |