UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROBERT C. ASHE and JEFFREY S. GOHN, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　　　　　Plaintiffs,<br><br>　　　　v.<br><br>ARROW FINANCIAL CORPORATION, THOMAS J. MURPHY, PENKO K. IVANOV, and EDWARD J. CAMPANELLA,<br><br>　　　　　　　　　Defendants. | Case No. 1:23-cv-00764-AMN-DJS<br><br>**CLASS ACTION** |

**NOTICE OF MOTION FOR FINAL APPROVAL OF
PROPOSED CLASS ACTION SETTLEMENT**

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 23(e) and this Court's Order Granting Plaintiffs' Motion for Preliminary Approval of Class Action Settlement (Dkt No. 39), Lead Plaintiff Robert C. Ashe and Plaintiff Jeffrey S. Gohn (collectively, "Plaintiffs"), by their undersigned counsel, hereby move this Court, before the Honorable Anne M. Nardacci, United States District Judge of the United States District Court for the Northern District of New York, 445 Broadway, Albany, New York 12207, on January 10, 2025 at 11:00 A.M., for an entry of an Order (i) granting final approval of the proposed class action Settlement; (ii) certifying the Settlement Class for settlement purposes only; (iii) and approving the Plan of Allocation as fair and reasonable.

This motion is based on this Notice of Motion, Plaintiffs' supporting memorandum of law, and the Declaration of Brenda Szydlo in Support of Plaintiffs': (I) Motion for Final Approval of Proposed Class Action Settlement; and (II) Motion for An Award of Attorneys' Fees,

Reimbursement of Expenses, and Awards to Plaintiffs, and exhibits attached thereto, all filed contemporaneously herewith, all pleadings, records, and papers on file herein, and such further argument and briefing as may be presented at or before any hearing. Plaintiffs previously filed a [Proposed] Order and Final Judgment (Dkt. No. 37-8) granting the relief requested herein.

Dated:  December 12, 2024               Respectfully submitted,

**POMERANTZ LLP**

*/s/ Brenda Szydlo*
Jeremy A. Lieberman
Brenda Szydlo (admitted *pro hac vice*)
Dean P. Ferrogari (admitted *pro hac vice*)
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (917) 463-1044
jalieberman@pomlaw.com
bszydlo@pomlaw.com
dferrogari@pomlaw.com

*Attorneys for Plaintiffs and the Proposed Class*

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 12, 2024, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

*/s/ Brenda Szydlo*
Brenda Szydlo