# EXHIBIT 1

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ROBERT C. ASHE and JEFFREY S. GOHN, Individually and on Behalf of All Others Similarly Situated,<br><br>                    Plaintiffs,<br><br>          v.<br><br>ARROW FINANCIAL CORPORATION, THOMAS J. MURPHY, PENKO K. IVANOV, and EDWARD J. CAMPANELLA,<br><br>                    Defendants. | **Case No. 1:23-cv-00764-AMN-DJS**<br><br>**CLASS ACTION** |

**DECLARATION OF SARAH EVANS CONCERNING: (A) DISSEMINATION OF THE NOTICE AND CLAIM FORM; (B) PUBLICATION OF THE SUMMARY NOTICE; AND (C) REPORT ON REQUESTS FOR EXCLUSION AND OBJECTIONS**

I, Sarah Evans, declare as follows:

1.     I am a Project Manager at Strategic Claims Services ("SCS"), a nationally recognized class action administration firm.  I have over eight years of experience specializing in the administration of class action cases.  SCS was established in April 1999 and has administered over five hundred and fifty (550) class action cases since its inception.  I have personal knowledge of the facts set forth herein, and if called on to do so, I could and would testify competently thereto.

**DISSEMINATION OF THE NOTICE AND CLAIM FORM**

2.     Pursuant to the Court's Order Granting Plaintiffs' Motion for Preliminary Approval of Class Action Settlement, dated August 26, 2024 (Dkt. No. 39, the "Preliminary Approval Order"), SCS was appointed and approved as the Claims Administrator to supervise and administer the notice procedure as well as the processing of claims in connection with the proposed Settlement

1

of the above-captioned action (the "Action").[1]  I submit this declaration in order to provide the Court and the Settling Parties with information regarding the notifications to potential Settlement Class Members, as well as updates concerning other aspects of the Settlement administration process.

3.      To provide notice to those persons and entities that purchased or otherwise acquired Arrow Financial Corporation ("Arrow") Securities during the period between August 6, 2022 and May 12, 2023, both dates inclusive (the "Settlement Class Period"), pursuant to the Preliminary Approval Order, SCS mailed and/or emailed the Notice of Pendency and Proposed Settlement of Class Action ("Notice") and Proof of Claim and Release Form ("Claim Form") (collectively, the "Notice and Claim Form") to potential members of the Settlement Class.  A true and correct copy of the Notice and Claim Form is attached hereto as **Exhibit A**.

4.      SCS sent the Depository Trust Company ("DTC") the Notice and Claim Form for the DTC to publish on its Legal Notice System ("LENS") on September 10, 2024. LENS provides DTC participants the ability to search and download legal notices as well as receive e-mail alerts based on particular notices or particular CUSIPs once a legal notice is posted.

5.      As in most class actions of this nature, the large majority of potential Settlement Class Members are expected to be beneficial purchasers whose securities are held in "street name" — *i.e.*, the securities are purchased by brokerage firms, banks, institutions and other third-party nominees in the name of the nominee, on behalf of the beneficial purchasers.  The names and addresses of these beneficial purchasers are known only to the nominees.  SCS maintains a proprietary master list consisting of 1,039 banks and brokerage companies ("Nominee Account Holders"), as well as 1,266 mutual funds, insurance companies, pension funds, and money

---

[1] All capitalized terms used herein that are not otherwise defined have the meanings ascribed to them in the Stipulation and Agreement of Settlement, dated June 7, 2024 (Dkt. No. 37-3, the "Stipulation").

managers ("Institutional Groups"). On September 10, 2024, SCS caused a letter to be mailed or e-mailed to the 2,305 nominees contained in the SCS master mailing list. The letter notified nominees of the Settlement and requested that within ten (10) calendar days from the date of the letter, they either, (a) request from SCS sufficient copies of the Notice and Claim Form to forward to all such beneficial owners and, within ten (10) calendar days of receipt of those Notice and Claim Forms, forward them to all such beneficial owners; (b) request from SCS an electronic copy of the Notice and Claim Form and, within ten (10) calendar days of receipt, email the Notice and Claim Form to all such beneficial owners for whom valid email addresses are available; or (c) send a list of the names, mailing addresses, and email addresses (to the extent available) of all such beneficial owners to SCS so that SCS could promptly email or mail the Notice and Claim Form directly to such beneficial owners. A copy of the letter sent to these nominees is attached hereto as **Exhibit B**.

6.      SCS mailed, by first class mail, postage prepaid, the Notice and Claim Form to 1,141 individuals and organizations identified in the transfer records that were provided to SCS by Lead Counsel. These records reflect persons and entities that purchased Arrow Securities for their own account, or for the account(s) of their clients, during the Settlement Class Period. The transfer record mailing was completed on September 25, 2024.

7.      Following this mailing, SCS received 606 additional names and addresses of potential Settlement Class Members from individuals or nominees requesting that a Notice and Claim Form be mailed by SCS. SCS also received a request from one nominee for 1,950 Notice and Claim Forms so that the nominee could forward them to their clients who were potential Settlement Class Members. To date, 3,697 Notice and Claim Forms have been mailed to potential Settlement Class Members.

8.      Out of the 3,697 Notice and Claim Forms mailed, 141 were returned undeliverable. Of these, the United States Postal Service provided a forwarding address for 12, and SCS immediately mailed another Notice and Claim Form to the potential Settlement Class Members at the updated addresses.  The remaining 129 Notice and Claim Forms returned as undeliverable were "skip-traced" to obtain updated addresses, and 42 were re-mailed to updated addresses.

9.      Additionally, SCS received 376 valid email addresses from Nominee Account Holders and Institutional Groups, and SCS sent the potential Settlement Class Members at these addresses an email with a copy of the electronic Notice and Claim Form. SCS was also notified by one nominee that it emailed 2,956 of its clients to notify them of this Settlement and provided an electronic copy of the Notice and Claim Form.  To date, 3,332 notices have been emailed to potential Settlement Class Members. Of the 3,332 notices emailed to potential Settlement Class Members, 18 bounced back as undeliverable. A copy of the Notice and Claim Form was promptly mailed to these potential Settlement Class Members at the mailing address provided to SCS by the nominee.

10.     In total, 7,029 settlement notices (either via mailed Notice and Claim Form or emailed electronic copy of the Notice and Claim Form) have been sent to potential Settlement Class Members by SCS or nominees.

## **PUBLICATION OF THE SUMMARY NOTICE**

11.     Pursuant to the Preliminary Approval Order, SCS caused the Summary Notice of Pendency and Proposed Class Action Settlement ("Summary Notice") to be published once in *Investor's Business Daily* and transmitted once over *PR Newswire* on September 23, 2024.  The confirmations of publication are attached hereto as **Exhibit C**.

**TOLL-FREE PHONE LINE**

12.     SCS maintains a toll-free telephone number (1-866-274-4004) for Settlement Class Members to call and obtain information about the Settlement. SCS has promptly responded to each telephone inquiry and will continue to address Settlement Class Member inquiries.

**SETTLEMENT WEBPAGE**

13.     On September 9, 2024, SCS established the dedicated webpage for the Settlement on its website at www.strategicclaims.net/Arrow/.  The website is accessible 24 hours a day, 7 days a week, and it contains case-related deadlines; an online claim filing link; and important documents, such as Notice and Claim Form, the Preliminary Approval Order, and the Stipulation and exhibits. To date, the Settlement webpage has received 1,212 pageviews from 474 unique users.

**REPORT ON EXCLUSIONS AND OBJECTIONS**

14.     The Notice, the Summary Notice, and the Settlement webpage informed potential Settlement Class Members that written requests for exclusion are to be mailed or delivered to SCS such that they are received no later than December 20, 2024.  SCS has been monitoring all mail delivered for this case.  As of the date of this declaration, SCS has not received any requests for exclusion.

15.     According to the Notice, the Summary Notice, and the Settlement webpage, Settlement Class Members seeking to object to the Settlement, the Plan of Allocation, or the Fee and Expense Application must serve copies of their objections upon Plaintiffs' Counsel and Defense Counsel, as well as file their objection with the Clerk of the Court, no later than December 20, 2024.  As of the date of this declaration, SCS has not received any misdirected objections, no has SCS been notified of an objection being filed.

**CLAIMS RECEIVED TO DATE**

16.     The deadline for claims submission is January 17, 2025.  As of the date of this declaration, SCS has received 72 claims for the Settlement. Based on SCS's administration of previous class action settlements, a majority of claims typically are submitted on or shortly before the claims filing deadline, as SCS anticipates will happen for this Settlement.  SCS is currently conducting quality assurance reviews of the submitted claims, such as verifying that claims include the required supporting documentation and identifying duplicative claims. Once this audit process is complete, claimants with incomplete or invalid claims will be given an opportunity to cure their deficiencies, to the extent that such deficiencies may be cured.  With these steps currently outstanding, the number of claims considered valid has not yet been finally determined.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 11th day of December 2024, in Media, Pennsylvania.

_____
Sarah Evans

6

**EXHIBIT A**

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ROBERT C. ASHE and JEFFREY S. GOHN, Individually and on Behalf of All Others Similarly Situated,<br><br>      Plaintiffs,<br><br>    v.<br><br>ARROW FINANCIAL CORPORATION, THOMAS J. MURPHY, PENKO K. IVANOV, and EDWARD J. CAMPANELLA,<br><br>      Defendants. | **Case No. 1:23-cv-00764-AMN-DJS**<br><br>**CLASS ACTION** |

**NOTICE OF PENDENCY AND**
**PROPOSED SETTLEMENT OF CLASS ACTION**

If you purchased or otherwise acquired securities of Arrow Financial Corporation ("Arrow" or the "Company") during the period from August 6, 2022 through May 12, 2023, both dates inclusive, you could get a payment from a proposed class action settlement ("Settlement").

*Under law, a federal court has authorized this Notice. This is not attorney advertising.*

- If approved by the Court, the Settlement will provide eight hundred and fifty thousand dollars ($850,000) gross ("Settlement Amount"), plus interest as it accrues, minus attorneys' fees and costs, awards to class representatives, administrative expenses, and net of any taxes on interest, to pay claims of investors who purchased or otherwise acquired Arrow securities during the Settlement Class Period.

- Based on Plaintiffs' consulting damages expert's estimate of the number of Arrow securities purchased or otherwise acquired during the Settlement Class Period that may have been affected by the alleged conduct at issue in the Action and assuming that all Settlement Class Members elect to participate in the Settlement, the estimated average recovery (before the deduction of any Court-approved fees, expenses and costs as described herein) per allegedly damaged security is $0.35. Settlement Class Members should note, however, that the foregoing average recovery per security is only an estimate. Some Settlement Class Members may recover more or less than this estimated amount depending on, among other factors, when and at what prices they purchased/acquired or sold their Arrow securities, and the total number and recognized loss amount of valid Claim Forms submitted. Distributions to Settlement Class Members will be made based on the Plan of Allocation set forth herein (*see* paragraph 7 below) or such other plan of allocation as may be ordered by the Court.

- Plaintiffs' Counsel, who have been prosecuting the Action on a wholly contingent basis since its inception, have not received any payment of attorneys' fees for their representation of the Settlement Class and have advanced the funds to pay expenses necessarily incurred to prosecute this Action. Court-appointed Lead Counsel Pomerantz LLP will apply to the Court for an award of attorneys' fees in an amount not to exceed 33.4% of the Settlement Fund plus interest for Plaintiffs' Counsel. In addition, Lead Counsel will apply for reimbursement of litigation expenses paid or incurred in connection with the institution, prosecution and resolution of the claims against the Defendants, in an amount not to exceed $85,000 plus interest. In addition, Lead Counsel may apply for Awards to Plaintiffs in connection

with their representation of the Settlement Class in an amount not to exceed $4,000, combined. Lead Counsel has also applied for up to $125,000 to pay for Administrative Costs, including all costs and expenses associated with providing notice of the Settlement to the Settlement Class and otherwise administering or carrying out the terms of the Settlement. Any fees and expenses awarded by the Court will be paid from the Settlement Fund. Settlement Class Members are not personally liable for any such fees or expenses. An estimate of the average cost per allegedly damaged Arrow security, if the Court approves Lead Counsel's Fee and Expense Application (which includes the request for Awards to Plaintiffs) and Administrative Costs, is $0.21 per allegedly damaged security.

- The Settlement resolves the Action concerning whether Arrow and certain of its officers, Thomas J. Murphy, Penko K. Ivanov, and Edward J. Campanella (collectively, "Defendants") violated federal securities laws, specifically Sections 10(b) and 20(a) of the Securities Exchange Act of 1934, and Rule 10b-5 promulgated thereunder, by allegedly making misrepresentations and/or omissions of material fact in various filings with the U.S. Securities and Exchange Commission ("SEC") concerning Arrow's disclosure controls and procedures and internal controls over financial reporting. The Settlement also bars any and all claims for contribution or indemnity against any of the Released Parties arising out of, relating to or concerning any acts, facts, statements, or omissions that were or could have been alleged in the Action. Defendants have denied and continue to deny each, any, and all allegations of wrongdoing, fault, liability, or damage whatsoever. Defendants have also denied, *inter alia*, the allegations that Plaintiffs or the Settlement Class have suffered damages or that Plaintiffs or the Settlement Class were harmed by the conduct alleged in the Action. Defendants continue to believe the claims asserted against them in the Action are without merit.

- Your legal rights will be affected whether you act or do not act. If you do not act, you may permanently forfeit your right to recover on this claim. Therefore, you should read this Notice carefully.

## YOUR LEGAL RIGHTS AND OPTIONS IN THE SETTLEMENT

| | |
|---|---|
| **SUBMIT A CLAIM FORM POSTMARKED NO LATER THAN JANUARY 17, 2025.** | This is the only way to be potentially eligible to receive a payment from the Settlement Fund. If you are a Settlement Class Member and you remain in the Settlement Class, you will be bound by the Settlement as approved by the Court and by the release of claims against Defendants and other Released Defendant Parties (as described in paragraph 9 below) so it is in your interest to submit a Claim Form. |
| **EXCLUDE YOURSELF FROM THE SETTLEMENT CLASS BY SUBMITTING A WRITTEN REQUEST FOR EXCLUSION SO THAT IT IS *RECEIVED* NO LATER THAN DECEMBER 20, 2024.** | If you exclude yourself from the Settlement Class, you will not be eligible to receive any payment from the Settlement Fund. This is the only option that allows you to be part of any other lawsuit against any of the Defendants or the other Released Defendant Parties concerning the Released Claims. |
| **OBJECT TO THE SETTLEMENT BY SUBMITTING A WRITTEN OBJECTION SO THAT IT IS *RECEIVED* NO LATER THAN DECEMBER 20, 2024.** | If you do not like the proposed Settlement, the proposed Plan of Allocation, or the Fee and Expense Application, you may write to the Court and explain why you do not like them. You cannot object to the Settlement, the Plan of Allocation or the fee and expense request unless you are a Settlement Class Member and do not exclude yourself from the Settlement Class. |
| **ATTEND A HEARING ON JANUARY 10, 2025 AT 11:00 A.M., AND FILE A NOTICE OF INTENTION TO APPEAR SO THAT IT IS *RECEIVED* NO LATER THAN DECEMBER 20, 2024.** | Filing a written objection and notice of intention to appear by December 20, 2024, allows you to speak in Court, at the discretion of the Court, about the fairness of the proposed Settlement, the Plan of Allocation, and/or the Fee and Expense Application. If you submit a written objection, you may (but you do not have to) attend the hearing and, at the discretion of the Court, speak to the Court about your objection. |
| **DO NOTHING.** | If you are a member of the Settlement Class and you do not submit a valid Claim Form, you will not be eligible to receive any payment from the Settlement Fund. You will, however, remain a member of the Settlement Class, which means that you give up your right to sue about the claims that are resolved by the Settlement and you will be bound by any judgments or orders entered by the Court in the Action. |

## INQUIRIES

**Please do not contact the Court regarding this Notice.** All inquiries concerning this Notice, the Proof of Claim and Release Form, or any other questions by Settlement Class Members should be directed to:

*Arrow Financial Corporation Securities Settlement*
c/o Strategic Claims Services
P.O. Box 230
600 N. Jackson Street, Suite 205
Media, PA 19063
(866) 274-4004
Email at info@strategicclaims.net
www.strategicclaims.net/Arrow/

Or

LEAD COUNSEL

Brenda Szydlo
POMERANTZ LLP
600 Third Avenue, 20th Floor,
New York, NY, 10016
(212) 661-1100
bszydlo@pomlaw.com

## DEFINITIONS

All capitalized terms not otherwise defined herein shall have the same meanings as set forth in the Stipulation and Agreement of Settlement, dated June 7, 2024 ("Stipulation").

## COMMON QUESTIONS AND ANSWERS CONCERNING THE SETTLEMENT

1.  **Why did I get this Notice?**

    You or someone in your family may have acquired Arrow Securities between August 6, 2022 and May 12, 2023, both dates inclusive.

2.  **What is this lawsuit about?**

    The case is known as *Ashe v. Arrow Financial Corporation et al.*, Case No. 1:23-cv-00764-AMN-DJS (N.D.N.Y.) ("Action"). The Court in charge of the case is the United States District Court for the Northern District of New York. The Action involves allegations that Defendants violated certain federal securities laws by making materially false and/or misleading statements concerning Arrow's defective disclosure controls and procedures and internal controls over financial reporting which increased the risk that the Company could not timely file one or more of its periodic financial reports with the SEC. The Amended Class Action Complaint ("Complaint") alleges that once true facts were disclosed, Arrow's share price declined. Defendants have denied and continue to deny each, any, and all allegations of wrongdoing, fault, liability, or damage whatsoever asserted in the Action. The Settlement shall in no event be construed as, or deemed to be evidence of, liability, fault, wrongdoing, injury, or damages, or of any wrongful conduct, acts, or omissions on the part of any of the Released Parties, or of any infirmity of any defense, or of any damages to the Plaintiffs or any other Settlement Class Member. The Settlement resolves all of the claims in the Action, as well as certain other claims or potential claims, whether known or unknown.

3.  **Why is this a class action?**

    In a class action, one or more persons and/or entities, called plaintiffs, sue on behalf of all persons and/or entities who have similar claims. All of these persons and/or entities are referred to collectively as a class, and these individual persons and/or entities are known as class members. One court resolves all of the issues for all class members, except for those class members who exclude themselves from the class.

4.  **Why is there a Settlement?**

    Plaintiffs and Defendants do not agree regarding the merits of Plaintiffs' allegations and Defendants' defenses with respect to liability or the average amount of damages per share, if any, that would be recoverable if Plaintiffs were to prevail at trial on each claim. The issues on which Plaintiffs and Defendants disagree include, but are not limited to: (1) whether the challenged statements were materially false or misleading or otherwise actionable under federal securities law; (2) whether the challenged statements were made with scienter; (3) the causes of the loss(es) in the value of Arrow securities; and (4) the amount of alleged damages, if any, that could be recovered at trial.

    This matter has not gone to trial and the Court has not decided in favor of either Plaintiffs or Defendants. Instead, Plaintiffs and Defendants have agreed to settle the case. Plaintiffs and Lead Counsel believe the Settlement is best for all Settlement Class Members because of the risks associated with continued litigation and the nature of the defenses raised by Defendants. Among the reasons that Plaintiffs and Lead Counsel believe the Settlement is fair is the fact that there is uncertainty about whether they will be able to prove that any challenged statement was false or misleading, that the alleged misstatements and omissions actually caused the Settlement Class any damages, and the amount of damages, if any.

    Even if Plaintiffs were to win at trial, and also prevail on any on appeal, Plaintiffs might not be able to collect some, or all, of any judgment they would be awarded. Moreover, while litigation of this type is usually expensive, there is also a significant risk that, even if Plaintiffs' allegations were found

4

to be true, the total amount of damages to which Settlement Class Members would be entitled could be substantially reduced.

5.  **How do I know if I am part of the Settlement?**
    The Settlement Class consists of all Persons and entities that purchased or otherwise acquired Arrow securities during the Settlement Class Period, and who were allegedly damaged thereby. Excluded from the Settlement Class are Defendants, the officers and directors of the Company, at all relevant times, members of their immediate families and their legal representatives, heirs, successors, or assigns, and any entity in which Defendants have or had a controlling interest. Also excluded are any persons or entities who properly exclude themselves by filing a valid and timely request for exclusion in accordance with the requirements set by the Court.

6.  **I am still not sure whether I am included.**
    If you are still not sure whether you are included, you can ask for free help. For more information, you can contact the Claims Administrator by telephone at 866-274-4004, by email at info@strategicclaims.net or visit the website at www.strategicclaims.net/Arrow/ or fill out and return the Proof of Claim and Release Form described in Paragraph 8 to see if you qualify.

7.  **What does the Settlement provide?**

    a.  **What is the Settlement Fund?**
    The proposed Settlement provides for Defendants and/or the Company's insurers to pay eight hundred and fifty thousand dollars ($850,000) into a settlement fund (the "Settlement Fund"). The Settlement is subject to Court approval. Also, subject to the Court's approval, a portion of the Settlement Fund will be used to pay attorneys' fees and reasonable litigation expenses, with interest, to Plaintiffs' Counsel, and any Awards to Plaintiffs. A portion of the Settlement Fund also will be used to pay taxes due on interest earned by the Settlement Fund, if necessary, and the costs of the claims administration, including the costs of printing and mailing this Notice and the costs of publishing notice. After the foregoing deductions from the Settlement Fund have been made, the amount remaining (the "Net Settlement Fund") will be distributed to Settlement Class Members who submit timely, valid claims, according to the Plan of Allocation to be approved by the Court.

    b.  **What can you expect to receive under the proposed Settlement?**
    Your share of the Net Settlement Fund will or may depend on: (i) the number of claims filed; (ii) the dates you purchased/acquired and sold Arrow securities; (iii) the prices of your purchases and sales; (iv) the amount of administrative costs, including the costs of notice; and (v) the amount awarded by the Court to Plaintiffs' Counsel for attorneys' fees, costs, and expenses and Awards to Plaintiffs.

    The Claims Administrator will determine each Settlement Class Member's *pro rata* share of the Net Settlement Fund based upon each Settlement Class Member's "Recognized Loss." The Recognized Loss formula is not intended to be an estimate of the amount that a Settlement Class Member might have been able to recover after a trial; it also is not an estimate of the amount that will be paid to Settlement Class Members pursuant to the Settlement. The Recognized Loss formula is the basis upon which the Net Settlement Fund will be proportionately allocated to the Settlement Class Members with valid claims.

    The Net Settlement Fund will be distributed to Settlement Class Members who submit a Proof of Claim and Release Form and whose claims for recovery are allowed by the Claims Administrator pursuant to the terms of the Settlement Stipulation or by order of the Court under the below Plan of Allocation ("Authorized Claimants"), which reflects Plaintiffs' contention that the price of Arrow securities declined following disclosure of allegedly mispresented or omitted material information. Defendants have denied and continue to deny these allegations and any and all allegations of wrongdoing, fault, liability, or damage whatsoever asserted in the Action.

**PROPOSED PLAN OF ALLOCATION OF THE NET SETTLEMENT FUND AMONG SETTLEMENT CLASS MEMBERS**

The objective of the Plan of Allocation is to equitably distribute the Net Settlement Fund among Authorized Claimants based on their respective alleged economic losses as a result of the alleged misstatements and omissions, as opposed to losses caused by market- or industry-wide factors, or company-specific factors unrelated to the alleged fraud. The Claims Administrator shall determine each Authorized Claimant's share of the Net Settlement Fund based upon the recognized loss formula ("Recognized Loss") described below.

A Recognized Loss will be calculated for each share of Arrow common stock purchased or otherwise acquired during the Settlement Class Period.[1,2] The calculation of Recognized Loss will depend upon several factors, including when shares of Arrow common stock were purchased or otherwise acquired during the Settlement Class Period, and in what amounts, and whether those shares were sold, and if sold, when they were sold, and for what amounts. The Recognized Loss is not intended to estimate the amount a Settlement Class Member might have been able to recover after a trial, nor to estimate the amount that will be paid to Authorized Claimants pursuant to the Settlement. The Recognized Loss is the basis upon which the Net Settlement Fund will be proportionately allocated to the Authorized Claimants. The Claims Administrator will use its best efforts to administer and distribute the Net Settlement Fund to the extent that it is equitably and economically feasible.

The Plan of Allocation was created with the assistance of a consulting damages expert and reflects the assumption that the price of Arrow common stock was artificially inflated throughout the Settlement Class Period. The estimated alleged artificial inflation in the price of Arrow common stock during the Settlement Class Period is reflected in Table 1 below. The computation of the estimated alleged artificial inflation in the price of Arrow common stock during the Settlement Class Period is based on certain misrepresentations alleged by Plaintiffs and the price change in the stock, net of market- and industry-wide factors, in reaction to the public announcements that allegedly corrected the misrepresentations alleged by Plaintiffs.

The U.S. federal securities laws allow investors to recover for losses caused by disclosures which corrected the defendants' previous misleading statements or omissions. Thus, in order to have been damaged by the alleged violations of the federal securities laws, Arrow common stock purchased or otherwise acquired during the Settlement Class Period must have been held during a period of time in which its price declined due to the disclosure of information which corrected an allegedly misleading statement or omission. Plaintiffs and Plaintiffs' Counsel have determined that such price declines occurred on March 17, 2023, May 12, 2023, and May 15, 2023 (the "Corrective Disclosure Dates"). Accordingly, if a share of Arrow common stock was sold prior to March 17, 2023 (the earliest Corrective Disclosure Date), the Recognized Loss for that share is $0.00, and any loss suffered is not compensable under the federal securities laws. Likewise, if a share of Arrow common stock was both purchased and subsequently sold between two consecutive Corrective Disclosure Dates, the Recognized Loss for that share is $0.00.

| Table 1 Artificial Inflation in Arrow Common Stock | | |
|---|---|---|
| **From** | **To** | **Per-Share Price Inflation** |
| August 6, 2022 | March 16, 2023 | $1.30 |
| March 17, 2023 | May 11, 2023 | $1.26 |
| May 12, 2023 | May 14, 2023 | $0.88 |
| May 15, 2023 | Thereafter | $0.00 |

---

[1] During the Settlement Class Period, Arrow Financial Corp. traded on the Nasdaq Global Select under the ticker symbol "AROW."

[2] Shares of Arrow common stock acquired pursuant to the Company's 3% stock dividend in September 2022 shall be treated as an acquisition of Arrow common stock on the September 23, 2022 distribution date at a per-share purchase price equal to the closing price of Arrow common stock on the date of distribution, which was $30.95.

The "90-day look back" provision of the Private Securities Litigation Reform Act of 1995 ("PSLRA") is incorporated into the calculation of the Recognized Loss for Arrow common stock. The limitations on the calculation of the Recognized Loss imposed by the PSLRA are applied such that losses on Arrow common stock purchased during the Settlement Class Period and held as of the close of the 90-day period subsequent to the Settlement Class Period (the "90-Day Lookback Period") cannot exceed the difference between the purchase price paid for such stock and its average price during the 90-Day Lookback Period. The Recognized Loss on Arrow common stock purchased during the Settlement Class Period and sold during the 90-Day Lookback Period cannot exceed the difference between the purchase price paid for such stock and its rolling average price during the portion of the 90-Day Lookback Period elapsed as of the date of sale.

In the calculations below, all purchase and sale prices shall exclude any fees, taxes and commissions. If a Recognized Loss amount is calculated to be a negative number, that Recognized Loss shall be set to zero. Any transactions in Arrow common stock executed outside of regular trading hours for the U.S. financial markets shall be deemed to have occurred during the next regular trading session.

**Calculation of Recognized Loss Per Share of Arrow Common Stock**

For each share of Arrow common stock purchased or otherwise acquired during the Settlement Class Period (i.e., August 6, 2022 through May 12, 2023, inclusive), the Recognized Loss per share shall be calculated as follows:

i. For each share of Arrow common stock purchased during the Settlement Class Period that was subsequently sold prior to March 17, 2023 the Recognized Loss per share is $0.

ii. For each share of Arrow common stock purchased during the Settlement Class Period that was subsequently sold during the period March 17, 2023 through May 12, 2023, the Recognized Loss per share is the amount of per-share price inflation on the date of purchase as appears in Table 1 above *minus* the amount of per-share price inflation on the date of sale as appears in Table 1.

iii. For each share of Arrow common stock purchased during the Settlement Class Period that was subsequently sold during the period May 15, 2023 through August 10, 2023, inclusive (i.e., the 90-Day Lookback Period), the Recognized Loss per share is *the lesser of*:

a. the amount of per-share price inflation on the date of purchase as appears in Table 1 above; or

b. the purchase price *minus* the "90-Day Lookback Value" on the date of sale provided in Table 2 below.

iv. For each share of Arrow common stock purchased during the Settlement Class Period and still held as of the close of trading on August 10, 2023, the Recognized Loss per share is *the lesser of*:

a. the amount of per-share price inflation on the date of purchase as appears in Table 1 above; or

b. the purchase price *minus* the average closing price for Arrow common stock during the 90-Day Lookback Period, which is $20.34.

| Table 2 | | | | | |
|---|---|---|---|---|---|
| Sale / Disposition Date | 90-Day Lookback Value | Sale / Disposition Date | 90-Day Lookback Value | Sale / Disposition Date | 90-Day Lookback Value |
| 5/15/2023 | $19.06 | 6/14/2023 | $20.00 | 7/17/2023 | $20.24 |
| 5/16/2023 | $18.46 | 6/15/2023 | $20.08 | 7/18/2023 | $20.26 |
| 5/17/2023 | $18.82 | 6/16/2023 | $20.13 | 7/19/2023 | $20.30 |
| 5/18/2023 | $19.03 | 6/20/2023 | $20.15 | 7/20/2023 | $20.34 |
| 5/19/2023 | $19.06 | 6/21/2023 | $20.18 | 7/21/2023 | $20.36 |

| Table 2 | | | | | |
|---|---|---|---|---|---|
| Sale / Disposition Date | 90-Day Lookback Value | Sale / Disposition Date | 90-Day Lookback Value | Sale / Disposition Date | 90-Day Lookback Value |
| 5/22/2023 | $19.20 | 6/22/2023 | $20.18 | 7/24/2023 | $20.37 |
| 5/23/2023 | $19.31 | 6/23/2023 | $20.22 | 7/25/2023 | $20.36 |
| 5/24/2023 | $19.36 | 6/26/2023 | $20.24 | 7/26/2023 | $20.37 |
| 5/25/2023 | $19.35 | 6/27/2023 | $20.27 | 7/27/2023 | $20.36 |
| 5/26/2023 | $19.35 | 6/28/2023 | $20.29 | 7/28/2023 | $20.36 |
| 5/30/2023 | $19.34 | 6/29/2023 | $20.30 | 7/31/2023 | $20.36 |
| 5/31/2023 | $19.25 | 6/30/2023 | $20.30 | 8/1/2023 | $20.36 |
| 6/1/2023 | $19.17 | 7/3/2023 | $20.30 | 8/2/2023 | $20.36 |
| 6/2/2023 | $19.23 | 7/5/2023 | $20.28 | 8/3/2023 | $20.37 |
| 6/5/2023 | $19.23 | 7/6/2023 | $20.25 | 8/4/2023 | $20.37 |
| 6/6/2023 | $19.33 | 7/7/2023 | $20.24 | 8/7/2023 | $20.37 |
| 6/7/2023 | $19.52 | 7/10/2023 | $20.24 | 8/8/2023 | $20.37 |
| 6/8/2023 | $19.65 | 7/11/2023 | $20.24 | 8/9/2023 | $20.35 |
| 6/9/2023 | $19.75 | 7/12/2023 | $20.24 | 8/10/2023 | $20.34 |
| 6/12/2023 | $19.82 | 7/13/2023 | $20.24 | N/A | N/A |
| 6/13/2023 | $19.93 | 7/14/2023 | $20.23 | N/A | N/A |

### INSTRUCTIONS APPLICABLE TO ALL CLAIMANTS

The payment you receive will reflect your proportionate share of the Net Settlement Fund. Such payment will depend on the number of eligible shares that participate in the Settlement, and when those shares were purchased and sold. The number of claimants who send in claims varies widely from case to case.

A purchase or sale of Arrow common stock shall be deemed to have occurred on the "contract" or "trade" date as opposed to the "settlement" or "payment" date.

All purchase and sale prices shall exclude any fees and commissions.

Acquisition by Gift, Inheritance, or Operation of Law: If a Settlement Class Member acquired Arrow common stock during the Settlement Class Period by way of gift, inheritance or operation of law, such a claim will be computed by using the date and price of the original purchase and not the date and price of transfer. To the extent that Arrow shares were originally purchased prior to commencement of the Settlement Class Period, the Recognized Loss for that acquisition shall be deemed to be zero ($0.00).

Notwithstanding any of the above, receipt of Arrow common stock during the Settlement Class Period in exchange for securities of any other corporation or entity shall not be deemed a purchase or sale of Arrow common stock.

The first-in-first-out ("FIFO") basis will be applied to purchases and sales. Sales will be matched in chronological order, by trade date, first against Arrow common stock held as of the close of trading on August 5, 2022 (the last day before the Settlement Class Period begins) and then against the purchase of Arrow common stock during the Settlement Class Period.

The date of covering a "short sale" is deemed to be the date of purchase of shares. The date of a "short sale" is deemed to be the date of sale of shares. In accordance with the Plan of Allocation, however, the Recognized Loss on "short sales" is zero. In the event that a Claimant has a short position in Arrow common stock, the earliest subsequent Settlement Class Period purchases shall be matched against such short position and not be entitled to a recovery until that short position is fully covered.

With respect to Arrow common stock purchased or sold through the exercise of an option, the purchase/sale date of the stock shall be the exercise date of the option and the purchase/sale price of the stock shall be the closing price of Arrow common stock on the date of exercise. Any Recognized Loss

arising from purchases of Arrow common stock acquired during the Settlement Class Period through the exercise of an option on Arrow common stock shall be computed as provided for other purchases of Arrow common stock in the Plan of Allocation.[3]

Payment according to the Plan of Allocation will be deemed conclusive against all Authorized Claimants. A Recognized Loss will be calculated as defined herein and cannot be less than zero. The Claims Administrator shall allocate to each Authorized Claimant a *pro rata* share of the Net Settlement Fund based on his, her, or its Recognized Loss as compared to the total Recognized Losses of all Authorized Claimants. No distribution will be made to Authorized Claimants who would otherwise receive a distribution of less than $10.00.

Settlement Class Members who do not submit an acceptable Proof of Claim and Release Form, with appropriate supporting documentation, will not share in the Settlement proceeds. The Settlement and the Final Order and Judgment dismissing this Action with prejudice will nevertheless bind Settlement Class Members who do not submit a request for exclusion and/or submit an acceptable Proof of Claim and Release Form.

Please contact the Claims Administrator or Lead Counsel if you disagree with any determinations made by the Claims Administrator regarding your Proof of Claim and Release Form. If you are unsatisfied with the determinations, you may ask the Court, which retains jurisdiction over all Settlement Class Members and the claims administration process, to decide the issue by submitting a written request.

Defendants, their respective counsel, and all other Released Parties will have no responsibility or liability whatsoever for the processing of Proof of Claim and Release Forms, the investment of the Settlement Fund, the distribution of the Net Settlement Fund, the Plan of Allocation, or the payment of any claim. Plaintiffs and Plaintiffs' Counsel, likewise, will have no liability for their reasonable efforts to execute, administer, and distribute the Settlement.

Distributions will be made to Authorized Claimants after all claims have been processed and after the Court has finally approved the Settlement. If any funds remain in the Net Settlement Fund by reason of uncashed distribution checks or otherwise, then, after the Claims Administrator has made reasonable and diligent efforts to have Settlement Class Members who are entitled to participate in the distribution of the Net Settlement Fund cash their distributions, any balance remaining in the Net Settlement Fund after at least six (6) months after the initial distribution of such funds will be used in the following fashion: (a) first, to pay any amounts mistakenly omitted from the initial disbursement; (b) second, to pay any additional settlement administration fees, costs, and expenses, including those of Lead Counsel or the Claims Administrator as may be approved by the Court; and (c) finally, to make a second distribution to Authorized Claimants who cashed their checks from the initial distribution and who would receive at least $10.00, after payment of the estimated costs, expenses, or fees to be incurred in administering the Net Settlement Fund and in making this second distribution, if such second distribution is economically feasible. These redistributions shall be repeated, if economically feasible, until the balance remaining in the Net Settlement Fund is *de minimis* and such remaining balance will then be distributed pursuant to a method approved by the Court.

8. **How can I get a payment?**

   To qualify for a payment, you must send in a form entitled "Proof of Claim and Release Form." This Proof of Claim and Release Form is attached to this Notice. You may also obtain a Proof of Claim and Release Form on the Internet at www.strategicclaims.net/Arrow/. Read the instructions carefully, fill out the form, and sign it in the location indicated. The Proof of Claim and Release Form may be completed in two ways: (1) by completing and submitting it electronically at www.strategicclaims.net/Arrow/ by 11:59 p.m. EST on January 17, 2025; or (2) by mailing the claim

---

[3] The "exercise of an option" as used in this sentence includes: (1) purchases of Arrow common stock as the result of the exercise of a call option, and (2) purchases of Arrow common stock by the seller of a put option as a result of the buyer of such put option exercising that put option.

form together with all documentation requested in the form, postmarked no later than January 17, 2025, to:

*Arrow Financial Corporation Securities Settlement*
c/o Strategic Claims Services
P.O. Box 230
600 N. Jackson Street, Suite 205
Media, PA 19063
Fax: (610) 565-7985
info@strategicclaims.net

The Claims Administrator will process your claim and determine whether you are an Authorized Claimant.

9. **What am I giving up to get a payment or stay in the Class?**
Unless you exclude yourself from the Settlement Class by the December 20, 2024 deadline, you will remain a member of the Settlement Class and will be bound by the release of claims against Defendants and other Released Defendant Parties if the Settlement is approved. That means you and all other Settlement Class Members and each of their respective parent entities, associates, affiliates, subsidiaries, predecessors, successors, assigns, attorneys, immediate family members, heirs, representatives, administrators, executors, devisees, legatees, and estates will release (agreeing never to sue, continue to sue, or be part of any other lawsuit) as against Defendants and other Released Defendant Parties any and all claims which arise out of, are based upon, or relate in any way to the purchase or acquisition of Arrow securities during the Settlement Class Period. It means that all of the Court's orders will apply to you and legally bind you. That means you will accept a share of the Net Settlement Fund as sole compensation for any losses you suffered in the purchase, acquisitions, sale, or ownership of Arrow securities during the Settlement Class Period. The specific terms of the release are included in the Stipulation.

10. **How do I get out of the Settlement?**
If you do not want to receive a payment from this Settlement, and you want to keep any right you may have to sue or continue to sue Defendants or other Released Defendant Parties on your own about the claims being released in this Settlement, then you must take steps to exclude yourself from the Settlement. To exclude yourself from the Settlement, you must mail a letter that (A) clearly indicates your name, address, phone number, and e-mail contact information (if any) and states that you "request to be excluded from the Settlement Class in *Ashe v. Arrow Financial Corporation et al.*, No. 1:23-cv-00764-AMN-DJS (N.D.N.Y.)", and (B) state the identity and number of Arrow securities that you purchased/acquired and sold during the Settlement Class Period, as well as the dates and prices of each such purchase/acquisition and sale, and the number of securities held at the beginning of the Settlement Class Period. In order to be valid, such request for exclusion must be submitted with documentary proof (i) of each purchase/acquisition and, if applicable, sale transaction of Arrow securities during the Settlement Class Period and (ii) demonstrating your status as a beneficial owner of the Arrow securities. Any such request for exclusion must be signed and submitted by you, as the beneficial owner, under penalty of perjury. You must mail your exclusion request, to be received no later than December 20, 2024, by the Claims Administrator at the following address:

*Arrow Financial Corporation Securities Settlement*
c/o Strategic Claims Services
P.O. Box 230
600 N. Jackson Street, Suite 205
Media, PA 19063

You cannot exclude yourself by telephone or by e-mail.

If you properly exclude yourself, you will not receive a payment from the Net Settlement Fund, you cannot object to the Settlement, and you will not be legally bound by the judgment in this case.

11. **If I do not exclude myself, can I sue Defendants or the other Released Defendant Parties for the same thing later?**
No. Unless you followed the procedure outlined in the Notice to exclude yourself, you give up any right to sue Defendants or other Released Defendant Parties for the claims being released in this Settlement. If you have a pending lawsuit related to any Released Claims, speak to your lawyer in that case immediately, because you must exclude yourself from this Settlement Class to continue your own lawsuit.

12. **Do I have a lawyer in this case?**
The Court appointed Pomerantz LLP as Lead Counsel for the Settlement Class to represent you and the other Settlement Class Members. If you want to be represented by your own lawyer, you may hire one at your own expense. Contact information for Lead Counsel is provided below.

13. **How will the lawyers be paid?**
Plaintiffs' Counsel have expended considerable time litigating this Action on a contingent fee basis and have paid for the expenses of the case themselves. They have not been paid attorneys' fees or reimbursed for their expenses in advance of this Settlement. Plaintiffs' Counsel have done so with the expectation that, if they are successful in recovering money for the Settlement Class, they will receive attorneys' fees and be reimbursed for their litigation expenses from the Settlement Fund, as is customary in this type of litigation. Plaintiffs' Counsel will not receive attorneys' fees or be reimbursed for their litigation expenses except from the Settlement Fund. Therefore, Lead Counsel will file a motion asking the Court at the Settlement Hearing to make an award of attorneys' fees to Plaintiffs' Counsel in an amount not to exceed 33.4% of the Settlement Amount (or $283,900) plus interest, reimbursement of litigation expenses of no more than $85,000 plus interest, and Awards to Plaintiffs collectively not to exceed $4,000 (up to $2,000 each). The Court may award less than these amounts. Any amounts awarded by the Court will come out of the Settlement Fund.

14. **How do I tell the Court that I do not like the Settlement?**
You can tell the Court you do not agree with the Settlement, any part of the Settlement, Lead Counsel's motion for attorneys' fees and expenses and application for Awards to Plaintiffs, and that you think the Court should not approve the Settlement, by mailing a letter stating that you object to the Settlement in the matter of *Ashe v. Arrow Financial Corporation et al.*, No. 1:23-cv-00764-AMN-DJS (N.D.N.Y). Be sure to include (1) your name, address, and telephone number; (2) a list of all purchases/acquisitions and sales of Arrow securities during the Settlement Class Period in order to show membership in the Settlement Class; (3) all grounds for the objection, including any legal support known to you or your counsel; (4) the name, address, and telephone number of all counsel, if any, who represent you, including your former or current counsel; and (5) the number of times you and/or your counsel has filed an objection to a class action settlement in the last five years, the nature of each such objection in each case, the jurisdiction in each case, and the name of the issuer of the security at issue in each case. Attendance at the Settlement Hearing is not necessary. Objectors wishing to be heard orally at the Settlement Hearing are required to indicate in their written objection (or in a separate writing that is submitted in accordance with the deadline and after instruction pertinent to the submission of a written objection) that they intend to appear at the Settlement Hearing and identify any witnesses they may call to testify or exhibits they intend to introduce into evidence at the Settlement Hearing. Be sure to serve copies of any objections, papers, and briefs to **each** of the addresses listed below, to be received no later than December 20, 2024:

| **Clerk of the Court** | **PLAINTIFFS' COUNSEL:** | **DEFENDANTS' COUNSEL** |
|---|---|---|
| United States District Court Northern District of New York 445 Broadway Albany, New York 12207 | Brenda Szydlo, Esq. POMERANTZ LLP 600 Third Avenue, 20th Floor New York, New York 10016 | William J. Sushon, Esq. O'MELVENY & MYERS LLP 1301 Avenue of the Americas, 17th Fl. New York, New York 10019 |

**15. What is the difference between objecting and requesting exclusion?**

Objecting is simply telling the Court you do not like something about the Settlement or some portion thereof. You can object only if you stay in the Settlement Class. Requesting exclusion is telling the Court you do not want to be part of the Settlement Class and Settlement. If you exclude yourself, you cannot object to the Settlement because it no longer concerns you. If you stay in the Settlement Class and object, but your objection is overruled, you will not be allowed a second opportunity to exclude yourself.

**16. When and where will the Court decide whether to approve the Settlement?**

The Court will hold a Settlement Hearing on January 10, 2025, at 11:00 a.m., at the United States District Court, Northern District of New York, Courtroom 6, 445 Broadway, Albany, New York 12207. The Court reserves the right to hold the Settlement Hearing telephonically or by other virtual means. In the event the Court decides to hold the Settlement Hearing telephonically or by other virtual means, Lead Counsel will cause the Claims Administrator to update its website, on the page dedicated to this Settlement, to note the telephonic or other virtual means for the Settlement Hearing. The Court appointed Pomerantz LLP as Lead Counsel to represent you and the other Settlement Class Members. However, you have the right to retain your own counsel and the right to appear at the Settlement Hearing through counsel of your choosing.

At this hearing, the Court will consider whether the Settlement is fair, reasonable, and adequate and whether to approve the Settlement. If there are objections, the Court will consider them, and the Court will listen to people who have asked to speak at the hearing. The Court may also decide how much to pay Plaintiffs' Counsel for attorneys' fees and expenses and how much to award Plaintiffs.

**17. Do I have to come to the hearing?**

No. Lead Counsel will answer any questions the Court may have. However, you are welcome to attend at your own expense. If you send an objection, you do not have to come to Court to talk about it. As long as you mail your written objection on time, the Court will consider it.

**18. What happens if I do nothing at all?**

If you do nothing, you will not receive a payment from the Settlement. However, unless you exclude yourself, you will not be able to start a lawsuit, continue with a lawsuit, or be part of any other lawsuit against Defendants or the Released Defendant Parties about the Released Claims (as defined in the Settlement Stipulation) ever again.

**SPECIAL NOTICE TO SECURITIES BROKERS AND OTHER NOMINEES**

If, between August 6, 2022 and May 12, 2023, both dates inclusive, you purchased, otherwise acquired, or sold Arrow securities for the beneficial interest of a person or entity other than yourself, the Court has directed that, WITHIN TEN (10) DAYS OF YOUR RECEIPT OF THIS NOTICE, you either (a) provide to the Claims Administrator the name, last known address, and email address, if an email address is available, of each person or entity for whom or which you purchased, otherwise acquired, or sold such Arrow securities during such time period; (b) request an electronic copy of the Notice and email the Notice in electronic format to each beneficial owner for whom you are nominee or custodian within ten (10) calendar days after receipt thereof; or (c) request additional copies of this Notice, which will be provided

12

to you free of charge, and within ten (10) calendar days, mail this Notice directly to the beneficial owners of the Arrow securities. If you choose to follow alternative procedures (b) or (c) the Court has directed that, upon such emailing or mailing, you send a statement to the Claims Administrator confirming that the emailing or mailing was made as directed. You are entitled to reimbursement from the Settlement Fund of your reasonable out-of-pocket expenses actually incurred in connection with the foregoing, up to a maximum of $0.05 per name, address, and email address provided to the Claims Administrator, $0.05 per Notice emailed, or $0.05 plus postage at the rate used by the Claims Administrator per Notice mailed. Those expenses will be paid upon request and submission of appropriate supporting documentation. All communications regarding the foregoing should be addressed to the Claims Administrator at the address listed on page 3 above.

DATED: AUGUST 26, 2024                    BY ORDER OF THE UNITED STATES
                                          DISTRICT COURT FOR THE
                                          NORTHERN DISTRICT OF NEW YORK

**PROOF OF CLAIM AND RELEASE FORM**

**Deadline for Submission: January 17, 2025**

If you purchased or otherwise acquired securities of Arrow Financial Corporation ("Arrow") during the period from August 6, 2022 through May 12, 2023, both dates inclusive ("Settlement Class Period"), you are a "Settlement Class Member" and you may be entitled to share in the settlement proceeds.

Excluded from the Settlement Class are (i) Individual Defendants; (ii) the officers and directors of Arrow, at all relevant times; (iii) members of the Individual Defendants' immediate families and their legal representatives, heirs, successors or assigns; and (iv) any entity in which Defendants have or had a controlling interest. Additionally excluded from the Settlement Class are any persons who, and entities which, exclude themselves by submitting a request for exclusion from the Settlement Class that is accepted by the Court.

If you are a Settlement Class Member, you must complete and submit this form in order to be eligible for any settlement benefits.

You must complete and sign this proof of claim and release form ("Proof of Claim and Release Form"). You can complete and submit the electronic version of this Proof of Claim and Release Form by 11:59 p.m. EST on January 17, 2025 at www.strategicclaims.net/Arrow/ or mail this Proof of Claim and Release Form by first class mail, postmarked no later than January 17, 2025 to Strategic Claims Services, Inc., the Claims Administrator, at the following address:

*Arrow Financial Corporation Securities Settlement*
c/o Strategic Claims Services
P.O. Box 230
600 N. Jackson Street, Suite 205
Media, PA 19063
Tel: (866) 274-4004
Fax: (610) 565-7985
Email: info@strategicclaims.net

YOUR FAILURE TO SUBMIT YOUR CLAIM BY JANUARY 17, 2025 WILL SUBJECT YOUR CLAIM TO REJECTION AND PRECLUDE YOU FROM RECEIVING ANY MONEY IN CONNECTION WITH THE SETTLEMENT OF THIS ACTION. DO NOT MAIL OR DELIVER YOUR CLAIM TO THE COURT OR TO ANY OF THE PARTIES OR THEIR COUNSEL AS ANY SUCH CLAIM WILL BE DEEMED NOT TO HAVE BEEN SUBMITTED. SUBMIT YOUR CLAIM ONLY TO THE CLAIMS ADMINISTRATOR.

IF YOU ARE A SETTLEMENT CLASS MEMBER AND DO NOT SUBMIT A PROPER PROOF OF CLAIM AND RELEASE FORM, YOU WILL NOT SHARE IN THE SETTLEMENT BUT YOU NEVERTHELESS WILL BE BOUND BY THE ORDER AND FINAL JUDGMENT OF THE COURT UNLESS YOU EXCLUDE YOURSELF.

SUBMISSION OF A PROOF OF CLAIM DOES NOT ASSURE THAT YOU WILL SHARE IN THE PROCEEDS OF THE SETTLEMENT.

**CLAIMANT'S STATEMENT**

1.      I (we) purchased or otherwise acquired Arrow Financial Corporation ("Arrow") securities during the Settlement Class Period. (Do not submit this Proof of Claim and Release Form if you did not purchase or otherwise acquire Arrow securities during the Settlement Class Period.)

2.      By submitting this Proof of Claim and Release Form, I (we) state that I (we) believe in good faith that I am (we are) a Settlement Class Member(s) as defined above and in the Notice of Pendency and Proposed Settlement of Class Action ("Notice"), or am (are) acting for such Person(s); that I am (we are)

14

not a Defendant in the Action or anyone excluded from the Settlement Class; that I (we) have read and understand the Notice; that I (we) believe that I am (we are) entitled to receive a share of the Net Settlement Fund, as defined in the Notice; that I (we) elect to participate in the proposed Settlement described in the Notice; and that I (we) have not filed a request for exclusion. (If you are acting in a representative capacity on behalf of a Settlement Class Member (*e.g.*, as an executor, administrator, trustee, or other representative), you must submit evidence of your current authority to act on behalf of that Settlement Class Member. Such evidence would include, for example, letters testamentary, letters of administration, or a copy of the trust documents.)

3.      I (we) consent to the jurisdiction of the Court with respect to all questions concerning the validity of this Proof of Claim and Release Form. I (we) understand and agree that my (our) claim may be subject to investigation and discovery under the Federal Rules of Civil Procedure, provided that such investigation and discovery shall be limited to my (our) status as a Settlement Class Member(s) and the validity and amount of my (our) claim. No discovery shall be allowed on the merits of the Action or Settlement in connection with processing of the Proof of Claim and Release Form.

4.      I (we) have set forth where requested below all relevant information with respect to each purchase or acquisition of Arrow securities during the Settlement Class Period, and each sale, if any, of such securities. I (we) agree to furnish additional information to the Claims Administrator to support this claim if requested to do so.

5.      I (we) have enclosed photocopies of the stockbroker's confirmation slips, stockbroker's statements, or other documents evidencing each purchase/acquisition and sale of Arrow securities listed below in support of my (our) claim. (IF ANY SUCH DOCUMENTS ARE NOT IN YOUR POSSESSION, PLEASE OBTAIN A COPY OR EQUIVALENT DOCUMENTS FROM YOUR BROKER OR TAX ADVISOR BECAUSE THESE DOCUMENTS ARE NECESSARY TO PROVE AND PROCESS YOUR CLAIM.)

6.      I (we) understand that the information contained in this Proof of Claim and Release Form is subject to such verification as the Claims Administrator may request or as the Court may direct, and I (we) agree to cooperate in any such verification. (The information requested herein is designed to provide the minimum amount of information necessary to process most simple claims. The Claims Administrator may request additional information as required to efficiently and reliably calculate your Recognized Loss. In some cases, the Claims Administrator may condition acceptance of the claim based upon the production of additional information.)

7.      Upon the occurrence of the Court's approval of the Settlement, as detailed in the Notice, I (we) agree and acknowledge that my (our) signature(s) hereto shall effect and constitute a full and complete release, remise, and discharge by me (us) and my (our) heirs, joint tenants, tenants in common, beneficiaries, executors, administrators, predecessors, successors, attorneys, insurers, and assigns (or, if I am (we are) submitting this Proof of Claim and Release Form on behalf of a corporation, a partnership, estate, or one or more other Persons, by it, him, her, or them, and by its, his, her, or their heirs, executors, administrators, predecessors, successors, and assigns) of each of the "Released Defendant Parties" of all "Released Plaintiffs' Claims," as those terms are defined in the Stipulation.

8.      Upon the occurrence of the Court's approval of the Settlement, as detailed in the Notice, I (we) agree and acknowledge that my (our) signature(s) hereto shall effect and constitute a covenant by me (us) and my (our) heirs, joint tenants, tenants in common, beneficiaries, executors, administrators, predecessors, successors, attorneys, insurers, and assigns (or, if I am (we are) submitting this Proof of Claim and Release Form on behalf of a corporation, a partnership, estate, or one or more other Persons, by it, him, her, or them, and by its, his, her, or their heirs, executors, administrators, predecessors, successors, and assigns) to permanently refrain from prosecuting or attempting to prosecute any Released Plaintiffs' Claims against any of the Released Defendant Parties.

9.      "Released Defendant Parties" has the meaning set forth in the Stipulation.

10.    "Released Plaintiffs' Claims" has the meaning set forth in the Stipulation.

11.    "Unknown Claims" has the meaning set forth in the Stipulation.

12.    I (we) acknowledge that the inclusion of "Unknown Claims" in the definition of claims released pursuant to the Stipulation was separately bargained for and is a material element of the Settlement of which this release is a part.

13.    NOTICE REGARDING INSTITUTIONAL FILERS: Representatives with authority to file on behalf of (a) accounts of multiple Settlement Class Members and/or (b) institutional accounts with large numbers of transactions ("Representative Filers") must submit information regarding their transactions in an electronic spreadsheet format. If you are a Representative Filer, you must contact the Claims Administrator at efile@strategicclaims.net or visit their website at www.strategicclaims.net/Arrow/ to obtain the required file layout. Claims which are not submitted in electronic spreadsheet format and in accordance with the Claims Administrator's instructions may be subject to rejection. All Representative Filers MUST also submit a manually signed Proof of Claim and Release Form, as well as proof of authority to file (see Item 2 of the Claimant's Statement), along with the electronic spreadsheet format. No claims submitted in electronic spreadsheet format will be considered to have been properly submitted unless the Claims Administrator issues to the Claimant a written acknowledgment of receipt and acceptance of electronically submitted data.

14.    NOTICE REGARDING ONLINE FILING: Claimants who are not Representative Filers may submit their claims online using the electronic version of the Proof of Claim and Release Form hosted at www.strategicclaims.net/Arrow/. If you are not acting as a Representative Filer, you do not need to contact the Claims Administrator prior to filing; you will receive an automated e-mail confirming receipt once your Proof of Claim and Release Form has been submitted. If you are unsure if you should submit your claim as a Representative Filer, please contact the Claims Administrator at info@strategicclaims.net or (866) 274-4004. If you are not a Representative Filer, but your claim contains a large number of transactions, the Claims Administrator may request that you also submit an electronic spreadsheet showing your transactions to accompany your Proof of Claim and Release Form.

ARROW FINANCIAL

## I.     CLAIMANT INFORMATION

| Name: |
|---|
|  |
| Address: |
|  |

| City | State | ZIP |
|---|---|---|

| Foreign Province | Foreign Country |
|---|---|

| Day Phone | Evening Phone |
|---|---|

| Email |
|---|

| Social Security Number (for individuals): | OR | Taxpayer Identification Number (for estates, trusts, corporations, etc.): |
|---|---|---|

## II.     SCHEDULE OF TRANSACTIONS IN ARROW FINANCIAL CORPORATION SECURITIES

**Beginning Holdings:**

A.  State the total number of shares of Arrow securities held at the close of trading on August 5, 2022 (*must be documented*).  If none, write "zero" or "0."

**Purchases/Acquisitions:**

B.  Separately list each and every purchase or acquisition of Arrow securities from August 6, 2022 through May 12, 2023, both dates inclusive, and provide the following information (*must be documented)*:

| Trade Date (List Chronologically) (Month/Day/Year) | Number of Shares Purchased/Acquired | Price per Share | Total Cost (Excluding Commissions, Taxes, and Fees) |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

**Purchases/Acquisitions During the 90-Day Lookback Period**:

C.  State the total number of shares of Arrow Securities purchased/acquired from May 13, 2023 through and including the close of trading on August 10, 2023. If none, write "zero" or "0."

17

ARROW FINANCIAL

**Sales:**

D.  Separately list each and every sale of Arrow securities from August 6, 2022 through August 10, 2023, both dates inclusive, and provide the following information (*must be documented*):

| Trade Date (List Chronologically) (Month/Day/Year) | Number of Shares Sold | Price per Share | Amount Received (Excluding Commissions, Taxes, and Fees) |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

**Ending Holdings:**

E.  State the total number of shares of Arrow securities held at the close of trading on August 10, 2023 (*must be documented).* If none, write "zero" or "0."

**If additional space is needed, attach separate, numbered sheets, giving all required information, substantially in the same format, and print your name and Social Security or Taxpayer Identification number at the top of each sheet.**

## III.    SUBSTITUTE FORM W-9

Request for Taxpayer Identification Number:

Enter taxpayer identification number below for the Beneficial Owner(s).  For most individuals, this is your Social Security Number. The Internal Revenue Service ("I.R.S.") requires such taxpayer identification number. If you fail to provide this information, your claim may be rejected.

| Social Security Number (for individuals) | or | Taxpayer Identification Number (for estates, trusts, corporations, etc.) |
|---|---|---|
| _____ |  | _____ |

## IV.    CERTIFICATION

I (we) submit this Proof of Claim and Release Form under the terms of the Stipulation and Agreement of Settlement described in the Notice. I (we) also submit to the jurisdiction of the United States District Court for the Northern District of New York, with respect to my (our) claim as a Settlement Class Member(s) and for purposes of enforcing the release and covenant not to sue set forth herein. I (we) further acknowledge that I am (we are) bound by and subject to the terms of any judgment that may be entered in this Action. I (we) have not submitted any other claim covering the same purchases/acquisitions or sales of Arrow securities during the Settlement Class Period and know of no other Person having done so on my (our) behalf.

I (we) certify that I am (we are) NOT subject to backup withholding under the provisions of Section 3406 (a)(1)(c) of the Internal Revenue Code because: (a) I am (we are) exempt from backup withholding; or (b) I (we) have not been notified by the I.R.S. that I am (we are) subject to backup withholding as a result of a failure to report all interest or dividends; or (c) the I.R.S. has notified me (us) that I am (we are) no longer subject to backup withholding.

NOTE: If you have been notified by the I.R.S. that you are subject to backup withholding, please strike out the language that you are not subject to backup withholding in the certification above.

ARROW FINANCIAL

UNDER THE PENALTIES OF PERJURY UNDER THE LAWS OF THE UNITED STATES, I (WE) CERTIFY THAT ALL OF THE INFORMATION I (WE) PROVIDED ON THIS PROOF OF CLAIM AND RELEASE FORM IS TRUE, CORRECT, AND COMPLETE.

Signature of Claimant (If this claim is being made on behalf of Joint Claimants, then each must sign):

_____
(Signature)

_____
(Signature)

_____
(Capacity of person(s) signing, *e.g.*, beneficial purchaser(s), executor, administrator, trustee, *etc.*)
☐ Check here if proof of authority to file is enclosed.
(See Item 2 under Claimant's Statement)

Date: _____

**THIS PROOF OF CLAIM AND RELEASE FORM MUST BE SUBMITTED ELECTRONICALLY AT WWW.STRATEGICCLAIMS.NET/ARROW/ OR MAILED TO THE FOLLOWING ADDRESS NO LATER THAN JANUARY 17, 2025:**

*Arrow Financial Corporation Securities Settlement*
c/o Strategic Claims Services
P.O. Box 230
600 N. Jackson Street, Suite 205
Media, PA 19063
Tel: (866) 274-4004
Fax: (610) 565-7985
Email: info@strategicclaims.net

A Proof of Claim and Release Form received by the Claims Administrator shall be deemed to have been submitted when posted, if mailed by January 17, 2025 and if a postmark is indicated on the envelope and it is mailed first class and addressed in accordance with the above instructions. In all other cases, a Proof of Claim and Release Form shall be deemed to have been submitted when actually received by the Claims Administrator.

The Claims Administrator will acknowledge receipt of your Proof of Claim and Release Form by mail or e-mail within 45 days of receipt. Your claim is not deemed filed until you receive such an acknowledgement. If you do not receive an acknowledgement within 45 days, please contact the Claims Administrator by telephone toll free at (866) 274-4004 or by e-mail at info@stratetgicclaims.net.

You should be aware that it will take a significant amount of time to process fully all of the Proof of Claim and Release Forms and to administer the Settlement. This work will be completed as promptly as time permits, given the need to investigate and tabulate each Proof of Claim and Release Form. Please notify the Claims Administrator of any change of address.

*Arrow Financial Corporation Securities Settlement*
c/o Strategic Claims Services
600 N. Jackson St., Ste. 205
Media, PA 19063

**IMPORTANT LEGAL NOTICE – PLEASE FORWARD**

## REMINDER CHECKLIST

o  Please be sure to sign this Proof of Claim and Release Form on page 19. If this Proof of Claim and Release Form is submitted on behalf of joint claimants, then each claimant must sign.

o  Please remember to attach supporting documents. Do NOT send any stock certificates. Keep copies of everything you submit.

o  Do NOT use highlighter on the Proof of Claim and Release Form or any supporting documents.

o  If you move or change your address, telephone number, or e-mail address, please submit the new information to the Claims Administrator, as well as any other information that will assist us in contacting you. NOTE: Failure to submit updated information to the Claims Administrator may result in the Claims Administrator's inability to contact you regarding issues with your claim or deliver payment to you.

**EXHIBIT B**

<u>REQUEST FOR NAMES, EMAILS AND ADDRESSES OF CLASS MEMBERS</u>
STRATEGIC CLAIMS SERVICES
600 N. JACKSON STREET, SUITE 205
MEDIA, PA   19063
PHONE: (610) 565-9202        EMAIL: info@strategicclaims.net        FAX: (610) 565-7985

September 10, 2024

This letter is being sent to all entities whose names have been made available to us, or which we believe may know of potential Settlement Class Members.

**We request that you assist us in identifying any individuals/entities who fit the following description:**

ALL PERSONS OR ENTITIES WHO PURCHASED OR OTHERWISE ACQUIRED SECURITIES OF ARROW FINANCIAL CORPORATION ("ARROW" OR THE "COMPANY") DURING THE PERIOD FROM AUGUST 6, 2022 THROUGH MAY 12, 2023, BOTH DATES INCLUSIVE.

Excluded from the Settlement Class are Defendants, the officers and directors of the Company, at all relevant times, members of their immediate families and their legal representatives, heirs, successors, or assigns, and any entity in which Defendants have or had a controlling interest.

**The information below may assist you in finding the above requested information.**

| | |
|---|---|
| *Arrow Financial Corporation Securities Settlement*<br>Case No. 1:23-cv-00764-AMN-DJS<br>Exclusion Deadline: December 20, 2024<br>Objection Deadline: December 20, 2024<br>Settlement Hearing: January 10, 2025<br>Claim Filing Deadline: January 17, 2025 | Cusip Number: 042744102<br>Ticker Symbol: NASDAQ: AROW |

<u>PER COURT ORDER, PLEASE RESPOND WITHIN 10 CALENDAR DAYS FROM THE DATE OF THIS NOTICE.</u>

**Please comply in one of the following ways:**
1. If you have no beneficial purchasers/owners, please so advise us in writing; or
2. **Supply us with names, last known addresses, and email addresses (to the extent known)** of your beneficial purchasers/owners and we will email the Notice of Pendency and Proposed Settlement of Class Action ("Notice") and the Proof of Claim and Release Form ("Claim Form") or mail the Notice and Claim Form. Please provide us this information electronically. If you are not able to do this, labels will be accepted, but it is important that a hardcopy list also be submitted of your clients; or
3. Advise us of how many beneficial purchasers/owners you have, and we will supply you with ample Notices to do the mailing. After the receipt of the Notice and Claim Forms, you have ten (10) calendar days to mail them; or
4. Request an electronic copy of the Notice and Claim Form and email the Notice and Claim Form to each of your beneficial purchasers/owners within ten (10) calendar days after receipt thereof.

You can bill us for any reasonable expenses actually incurred and **not to exceed**:
- **$0.05 per Notice emailed,** OR
- **$0.05 per name, address and email address** if you are providing us the records, OR
- **$0.05 per Notice, plus postage at the current pre-sort rate used by the Claims Administrator** if you are requesting the Notice Packet and performing the mailing.

**All invoices must be received within 30 days of this letter**.

**To access the electronic copy of the Notice and Claim Form, please use the direct link:**
https://www.strategicclaims.net/wp-content/uploads/2024/09/Final-Notice-and-Claim-Form-Arrow-v.2.pdf

You are on record as having been notified of the legal matter. A copy of the Notice and Claim Form and other important case-related documents are available on our website at www.strategicclaims.net/Arrow/. You can also request a copy via email at info@strategicclaims.net.

Thank you for your prompt response.

Sincerely,

Claims Administrator
*Arrow Financial Corporation Securities Settlement*

**AFFIDAVIT**

**STATE OF NEW JERSEY**                    )
                                           ) ss:
**CITY OF MONMOUTH JUNCTION, in the COUNTY OF MIDDLESEX )**

I, Keith Oechsner, being duly sworn, depose and say that I am the advertising clerk of the Publisher of

INVESTORS BUSINESS DAILY, a weekly national newspaper of general circulation throughout  the

United States, and that the notice attached to this Affidavit has been regularly

published in INVESTORS BUSINESS DAILY for National distribution for

 1   insertion(s) on the following date(s):

SEP-23-2024;

ADVERTISER: Arrow Financial Corporation;

and that the foregoing statements are true and correct to the best of my knowledge.

Sworn to before me this
 27  day of  September 2024

Notary Public



**UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF NEW YORK**

ROBERT C. ASHE and JEFFREY S. GOHN, Individually and on Behalf of All Others Similarly Situated,

Plaintiffs,

v.

ARROW FINANCIAL CORPORATION, THOMAS J. MURPHY, PENKO K. IVANOV, and EDWARD J. CAMPANELLA,

Defendants.

Case No. 1:23-cv-00764-AMN-DJS

CLASS ACTION

## SUMMARY NOTICE OF PENDENCY AND PROPOSED CLASS ACTION SETTLEMENT

**TO: ALL PERSONS AND ENTITIES WHO PURCHASED OR OTHERWISE ACQUIRED ARROW FINANCIAL CORPORATION SECURITIES BETWEEN AUGUST 6, 2022 AND MAY 12, 2023, BOTH DATES INCLUSIVE, AND WHO WERE ALLEGEDLY DAMAGED THEREBY.**

YOU ARE HEREBY NOTIFIED, pursuant to an Order of the United States District Court for the Northern District of New York, that a hearing will be held on January 10, 2025, at 11:00 a.m., before the Honorable Anne M. Nardacci, at the United States District Court, Northern District of New York, Courtroom 6, 445 Broadway, Albany, New York 12207, for the purpose of determining: (1) whether the proposed Settlement of the claims in the above-captioned Action for the sum of $850,000 in cash should be approved by the Court as fair, reasonable, and adequate; (2) whether the proposed Plan of Allocation to distribute the Settlement proceeds is fair, reasonable, and adequate; (3) whether the application of Lead Counsel for an award of attorneys' fees of no more than 33.4% of the Settlement Amount plus interest, reimbursement of litigation expenses of no more than $85,000 plus interest, and awards to Plaintiffs of no more than $4,000, in aggregate, from the Settlement Amount should be approved; and (4) whether this Action should be dismissed with prejudice as set forth in the Stipulation and Agreement of Settlement dated June 7, 2024 ("Stipulation"). Lead Counsel has also applied for up to $125,000 to pay for Administrative Costs.

The Court reserves the right to hold the Settlement Hearing telephonically or by other virtual means. The Court appointed Pomerantz LLP as Lead Counsel to represent you and the other Settlement Class Members. However, you have the right to retain your own counsel and the right to appear at the Settlement Hearing through counsel of your choosing.

If you purchased or otherwise acquired Arrow Financial Corporation ("Arrow") securities between August 6, 2022 and May 12, 2023, both dates inclusive, your rights may be affected by this Settlement. As further described in the Notice of Pendency and Proposed Settlement of Class Action ("Notice"), you will be bound by any judgment entered in the Action, whether or not you make a claim, unless you request exclusion from the Settlement Class. If you have not received the Notice and the Proof of Claim and Release Form, you may obtain copies by visiting www.strategicclaims.net/Arrow/ or by contacting the Claims Administrator at info@strategicclaims.net or toll-free at (866) 274-4004. If you are a Settlement Class Member, in order to share in the distribution of the Net Settlement Fund, you must submit a Proof of Claim and Release Form to the Claims Administrator in the form and manner detailed in the Notice so that it is postmarked or submitted electronically no later than January 17, 2025.

If you desire to be excluded from the Settlement Class, you must submit to the Claims Administrator a request for exclusion so that it is received no later than December 20, 2024, in the manner and form explained in the Notice. All members of the Settlement Class who have not requested exclusion from the Settlement Class will be bound by any judgment entered in the Action pursuant to the Stipulation.

Any objection to the Settlement, Plan of Allocation, or Lead Counsel's request for an award of attorneys' fees and reimbursement of expenses and awards to Plaintiffs must be in the manner and form explained in the detailed Notice and received no later than December 20, 2024, by each of the following:

| CLERK OF THE COURT: | LEAD COUNSEL: | DEFENSE COUNSEL: |
|---|---|---|
| United States District Court | Brenda Szydlo | William J. Sushon |
| Northern District of New York | POMERANTZ LLP | O'MELVENY & MYERS LLP |
| 445 Broadway | 600 Third Ave., 20th Fl. | 1301 Ave. of the Americas, 17th Fl. |
| Albany, New York 12207 | New York, NY 10016 | New York, NY 10019 |

If you have any questions about the Settlement, you may call or write to Lead Counsel for Plaintiffs:

Brenda Szydlo
POMERANTZ LLP
600 Third Avenue, 20th Floor, New York, NY, 10016
(212) 661-1100
bszydlo@pomlaw.com

**PLEASE DO NOT CONTACT THE COURT OR THE CLERK'S OFFICE REGARDING THIS NOTICE.**

Dated: August 26, 2024

BY ORDER OF THE UNITED STATES
DISTRICT COURT FOR THE NORTHERN DISTRICT OF NEW YORK

INVESTORS.COM

# MUTUAL FUND PERFORMANCE

WEEK OF SEPTEMBER 23, 2024 · A13

| BIG CAP GROWTH ETF (SPYG) VS SMALL CAP GROWTH ETF (SLYG) | |
|---|---|
| Apple Inc (AAPL) | 12.63% |
| Microsoft Corp (MSFT) | 10.02% |
| Amazon.com Inc (AMZN) | 8.27% |
| Facebook Inc Cl A (FB) | 3.91% |
| Tesla Inc (TSLA) | 3.19% |

| GROWTH ETF (IUSG) VS VALUE ETF (IUSV) | |
|---|---|
| Apple Inc (AAPL) | 11.88% |
| Microsoft Corp (MSFT) | 9.42% |
| Amazon.com Inc (AMZN) | 7.78% |
| Facebook Inc Cl A (FB) | 3.68% |
| Tesla Inc (TSLA) | 3.00% |

| NeoGenomics Inc (NEO) | 1.35% |
|---|---|
| Cleveland-Cliffs Inc (CLF) | 1.31% |
| Yeti Holdings Inc (YETI) | 1.16% |
| Omnicell Inc (OMCL) | 1.14% |
| Brooks Automation (BRKS) | 1.13% |

| Berkshire Hathaway (BRKB) | 2.84% |
|---|---|
| JP Morgan Chase (JPM) | 2.43% |
| Walt Disney Company (DIS) | 2.06% |
| Johnson & Johnson (JNJ) | 1.56% |
| Verizon Communications (VZ) | 1.53% |

*When the line is heading up, big cap growth funds are outperforming small cap growth funds*

*When the line is heading up, growth funds are outperforming value funds*

## Top Growth Funds
### Last 3 months (all total returns)

| Mutual Fund | % Change Last 3 Mo | Rating 36 mos | $ Net Assets |
|---|---|---|---|
| Hennessy:Focus | +20 | B | 386.60 mil |
| Kinetics:SC Oppty | +19 | A+ | 250.00 mil |
| Kinetics:Paradigm | +18 | A+ | 467.20 mil |
| Morg Stan Insight | +17 | E | 624.60 mil |
| Baron Partners Fund | +17 | D+ | 3.099 bil |
| Morg Stan I:Disc | +17 | E | 371.10 mil |
| Transam:Cap Growth | +16 | E | 350.60 mil |
| Virtus:KAR Sm-Cp G | +16 | E | 2.227 bil |
| Morg Stan I:Growth | +16 | E | 1.628 bil |
| Federated Hrms MDT SC | +15 | B | 1.027 bil |
| Nuveen SC Val Opp | +14 | A+ | 202.90 mil |
| RMB Inv:Small Cap | +14 | C+ | 152.40 mil |
| Victory:RS Partners | +14 | A | 314.70 mil |
| Fidelity Sm Cp Val Idx | +14 | B | 1.305 bil |
| Wasatch:Micro Cp V | +14 | D- | 270.50 mil |
| Goldman:SC Eqty Ins | +13 | B+ | 125.20 mil |
| Fidelity Sel Cnst&Hous | +13 | A+ | 800.60 mil |
| VNFJ Sm-Cp Val | +13 | A- | 233.90 mil |
| Baron Discovery | +13 | E | 1.268 bil |
| TRowePrice SmCp Val | +13 | C | 4.592 bil |
| Indep Franch Prtnrs USEq | +13 | A | 1.928 bil |
| Brown Adv SC FV | +13 | A+ | 814.30 mil |
| Akre Focus Fund | +13 | A- | 7.192 bil |
| Baron Focused Gro | +13 | B- | 845.10 mil |
| Westwood Qualty SC | +13 | A+ | 518.30 mil |

## Top Growth Funds
### Last 3 years (all total returns)

| Mutual Fund | % Change YTD | Rating 3 years | $ Net Assets |
|---|---|---|---|
| ProFunds:Semiconduct | +84 | A+ | 378.20 mil |
| Hennessy:Crnst MdCp | +32 | A+ | 826.40 mil |
| Kinetics:SC Oppty | +48 | A+ | 250.00 mil |
| Kinetics:Paradigm | +56 | A+ | 467.20 mil |
| Hennessy:Crnst Gro | +33 | A+ | 334.30 mil |
| Fidelity New Millennium | +24 | A+ | 5.215 bil |
| Third Avenue:Value | +7 | A+ | 777.60 mil |
| Fidelity Sel Cnst&Hous | +23 | A+ | 800.60 mil |
| Fidelity Sel Industrls | +24 | A+ | 596.00 mil |
| Gotham Index Plus | +22 | A+ | 734.80 mil |
| Fidelity Adv Inds | +24 | A+ | 275.60 mil |
| Fidelity Sel Defense | +17 | A+ | 1.733 bil |
| Virtus:KAR SmCp Cr | +15 | A+ | 1.458 bil |
| Federtd Hrms MDTLC | +28 | A+ | 1.222 bil |
| Spirit of Amer:LC Val | +28 | A+ | 185.70 mil |
| BNYM Large Cp Securities | +23 | A+ | 2.379 bil |
| Federated Hrms MDT AC | +25 | A+ | 749.80 mil |
| DFA US Lg Cp Gr | +23 | A+ | 3.456 bil |
| Oberweis:Micro-Cap | +19 | A+ | 289.20 mil |
| Buffalo:Flex Alloc | +14 | A+ | 293.90 mil |
| FMI:Common Stock | +11 | A+ | 776.50 mil |
| GMO:Quality | +21 | A+ | 3.26 bil |
| Elfun Trusts | +25 | A+ | 4.232 bil |
| AQR:Div Strat | +11 | A+ | 1.018 bil |
| JPMorgan:US GARP Eq | +26 | A+ | 173.60 mil |

**U.S. Stock Fund Cash Position**   High (11/00) 6.2%   Low (6/24) 1.42%

| Date | % | Date | % | Date | % |
|---|---|---|---|---|---|
| 23-Feb | 2.26% | 23-Aug | 1.79% | 24-Feb | 1.54% |
| 23-Mar | 2.17% | 23-Sep | 1.87% | 24-Mar | 1.53% |
| 23-Apr | 2.22% | 23-Oct | 1.94% | 24-Apr | 1.44% |
| 23-May | 2.05% | 23-Nov | 1.87% | 24-May | 1.47% |
| 23-Jun | 1.98% | 23-Dec | 1.64% | 24-Jun | 1.42% |
| 23-Jul | 1.83% | 24-Jan | 1.63% | 24-Jul | 1.46% |



# The most powerful stock research tools, all in one platform.

**MarketSurge** BY INVESTOR'S BUSINESS DAILY

To take a discounted trial, go to:
**investors.com/MarketSurge**

Scan the QR code to learn more.

© 2024 Investor's Business Daily, LLC. Investor's Business Daily, IBD, IBD Digital, IBD Live and Leaderboard are trademarks of Investor's Business Daily, LLC.

---

**UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF NEW YORK**

ROBERT C. ASHE and JEFFREY S. GOHN, Individually and on Behalf of All Others Similarly Situated,
Plaintiffs,

ARROW FINANCIAL CORPORATION, THOMAS J. MURPHY, PENKO K. IVANOV, and EDWARD J. CAMPANELLA,
Defendants.

Case No. 1:23-cv-00764-AMN-DJS

**CLASS ACTION**

**SUMMARY NOTICE OF PENDENCY AND PROPOSED CLASS ACTION SETTLEMENT**

**TO: ALL PERSONS AND ENTITIES WHO PURCHASED OR OTHERWISE ACQUIRED ARROW FINANCIAL CORPORATION SECURITIES BETWEEN AUGUST 6, 2022 AND MAY 12, 2023, BOTH DATES INCLUSIVE, AND WHO WERE ALLEGEDLY DAMAGED THEREBY.**

YOU ARE HEREBY NOTIFIED, pursuant to an Order of the United States District Court for the Northern District of New York, that a hearing will be held on January 10, 2025, at 11:00 a.m., before the Honorable Anne M. Nardacci, at the United States District Court, Northern District of New York, Courtroom 6, 445 Broadway, Albany, New York 12207, for the purpose of determining: (1) whether the proposed Settlement of the claims in the above-captioned Action for the sum of $850,000 in cash should be approved by the Court as fair, reasonable, and adequate; (2) whether the proposed Plan of Allocation to distribute the Settlement proceeds is fair, reasonable, and adequate; (3) whether the application of Lead Counsel for an award of attorneys' fees of no more than 33.4% of the Settlement Amount plus interest, reimbursement of litigation expenses of no more than $85,000 plus interest, and awards to Plaintiffs of no more than $4,000, in aggregate, from the Settlement Amount should be approved; and (4) whether this Action should be dismissed with prejudice as set forth in the Stipulation and Agreement of Settlement dated June 7, 2024 ("Stipulation"). Lead Counsel has also applied for up to $125,000 to pay for Administrative Costs.

The Court reserves the right to hold the Settlement Hearing telephonically or by virtual means. The Court appointed Pomerantz LLP as Lead Counsel to represent you and the other Settlement Class Members. However, you have the right to retain your own counsel and the right to appear at the Settlement Hearing through counsel of your choosing.

If you purchased or otherwise acquired Arrow Financial Corporation ("Arrow") securities between August 6, 2022 and May 12, 2023, both dates inclusive, your rights may be affected by this Settlement. As further described in the Notice of Pendency and Proposed Settlement of Class Action ("Notice"), you will be bound by any judgment entered in the Action, whether or not you make a claim, unless you request exclusion from the Settlement Class. If you have not received the Notice and the Proof of Claim and Release Form, you may obtain copies by visiting www.strategicclaims.net/Arrow/ or by contacting the Claims Administrator at info@strategicclaims.net or toll-free at (866) 274-4004. If you are a Settlement Class Member, in order to share in the distribution of the Net Settlement Fund, you must submit a Proof of Claim and Release Form to the Claims Administrator in the form and manner detailed in the Notice so that it is postmarked or submitted electronically no later than January 17, 2025.

If you desire to be excluded from the Settlement Class, you must submit to the Claims Administrator a request for exclusion so that it is received no later than December 20, 2024, in the manner and form explained in the Notice. All members of the Settlement Class who have not requested exclusion from the Settlement Class will be bound by any judgment entered in the Action pursuant to the Stipulation.

Any objection to the Settlement, Plan of Allocation, or Lead Counsel's request for an award of attorneys' fees and reimbursement of expenses and awards to Plaintiffs must be in the manner and form explained in the detailed Notice and received no later than December 20, 2024, by each of the following:

| CLERK OF THE COURT: | LEAD COUNSEL: | DEFENSE COUNSEL: |
|---|---|---|
| United States District Court | Brenda Szydlo | William J. Sushon |
| Northern District of New York | POMERANTZ LLP | O'MELVENY & MYERS LLP |
| 445 Broadway | 600 Third Ave., 20th Fl. | 1301 Ave. of the Americas, 17th Fl. |
| Albany, New York 12207 | New York, New York 10016 | New York, New York 10019 |

If you have any questions about the Settlement, you may call or write to Lead Counsel for Plaintiffs:

Brenda Szydlo
POMERANTZ LLP
600 Third Avenue, 20th Floor, New York, NY 10016
(212) 661-1100
bszydlo@pomlaw.com

**PLEASE DO NOT CONTACT THE COURT OR THE CLERK'S OFFICE REGARDING THIS NOTICE.**
Dated: August 26, 2024
BY ORDER OF THE UNITED STATES
DISTRICT COURT FOR THE NORTHERN DISTRICT OF NEW YORK

---

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

MIKE SHAFER, DAVID KEATING, and WILLIAM JEFFREY IGOE, on Behalf of Themselves and All Others Similarly Situated,
Plaintiffs,

v.

GLOBAL PAYMENTS INC., ACTIVE NETWORK LLC, JEFF SLOAN, CAMERON BREADY, PAUL TODD, JOSH WHIPPLE, and ANDREA FACINI,
Defendants.

Case No. 1:23-cv-00577-LMM

SUMMARY NOTICE OF (I) PENDENCY OF CLASS ACTION AND PROPOSED SETTLEMENT; (II) SETTLEMENT HEARING; AND (III) MOTION FOR ATTORNEYS' FEES AND LITIGATION EXPENSES

**SUMMARY NOTICE OF (I) PENDENCY OF CLASS ACTION AND PROPOSED SETTLEMENT; (II) SETTLEMENT HEARING; AND (III) MOTION FOR ATTORNEYS' FEES AND LITIGATION EXPENSES**

**TO:** All persons who purchased or otherwise acquired the publicly traded common stock of Global Payments Inc. ("Global Payments") from October 31, 2019 through October 18, 2022, inclusive (the "Class Period"), and who were damaged thereby (the "Settlement Class"):

**PLEASE READ THIS NOTICE CAREFULLY, YOUR RIGHTS WILL BE AFFECTED BY A CLASS ACTION LAWSUIT PENDING IN THIS COURT.**

YOU ARE HEREBY NOTIFIED, pursuant to Rule 23 of the Federal Rules of Civil Procedure and an Order of the United States District Court for the Northern District of Georgia, that the above-captioned litigation (the "Action") has been certified as a class action on behalf of the Settlement Class, except for certain persons and entities who are excluded from the Settlement Class by definition as set forth in the full printed Notice of (I) Pendency of Class Action and Proposed Settlement; (II) Settlement Hearing; and (III) Motion for Attorneys' Fees and Litigation Expenses (the "Notice").

YOU ARE ALSO NOTIFIED that Plaintiffs in the Action have reached a proposed settlement of the Action for $3,600,000 in cash (the "Settlement"), that, if approved, will resolve all claims in the Action.

A hearing will be held on December 11, 2024, at 10:00 a.m. before the Honorable Leigh Martin May at the United States District Court for the Northern District of Georgia, Courtroom 2167 of the Richard B. Russell Federal Building and United States Courthouse, 75 Ted Turner Drive SW, Atlanta, GA 30303-3309, or remotely per details that will be made publicly available on the Settlement website (www.globalpaymentssecuritieslitigation.com) in advance of the Settlement Hearing to determine (i) whether the proposed Settlement should be approved as fair, reasonable, and adequate; (ii) whether the Action should be dismissed with prejudice against Defendants, and the Releases specified and described in the Stipulation and Agreement of Settlement dated June 10, 2024 (and in the Notice) should be granted; (iii) whether the proposed Plan of Allocation should be approved as fair and reasonable; and (iv) whether Co-Lead Counsel's motion for attorneys' fees and litigation expenses should be approved.

**If you are a member of this Settlement Class, your rights will be affected by the pending Action and the Settlement, and you may be entitled to share in the Settlement Fund.** If you have not yet received the Notice and Claim Form, you may obtain copies of these documents by contacting the Claims Administrator at *Global Payments Inc. Securities Litigation*, c/o A.B. Data, Ltd., P.O. Box 173002, Milwaukee, WI 53217. Copies of the Notice and Claim Form can also be downloaded from the website maintained by the Claims Administrator, www.globalpaymentssecuritieslitigation.com.

If you are a member of the Settlement Class, in order to be eligible to receive a payment under the proposed Settlement, you must submit a Claim Form postmarked no later than January 11, 2025. If you are a Settlement Class Member and do not submit a proper Claim Form, you will not be eligible to share in the distribution of the net proceeds of the Settlement but you will nevertheless be bound by any judgments or orders entered by the Court in the Action.

If you are a member of the Settlement Class and wish to exclude yourself from the Settlement Class, you must submit a request for exclusion such that it is *received* no later than November 20, 2024, in accordance with the instructions set forth in the Notice. If you properly exclude yourself from the Settlement Class, you will not be bound by any judgments or orders entered by the Court in the Action and you will not be eligible to share in the proceeds of the Settlement.

Any objections to the proposed Settlement, the proposed Plan of Allocation, or Co-Lead Counsel's motion for attorneys' fees and reimbursement of expenses, must be filed with the Court and delivered to Co-Lead Counsel and Defendants' Counsel such that they are *received* no later than November 20, 2024, in accordance with the instructions set forth in the Notice.

**Please do not contact the Court, the Clerk's office, Global Payments, or its counsel regarding this notice. All questions about this notice, the proposed Settlement, or your eligibility to participate in the Settlement should be directed to Co-Lead Counsel or the Claims Administrator.**

Inquiries, other than requests for the Notice and Claim Form, should be made to Co-Lead Counsel:

Jeremy Lieberman, Esq.
POMERANTZ LLP
600 Third Avenue, 20th Floor
New York, NY 10016
(212) 661-1100
jlieberman@pomlaw.com

Vincent Briganti, Esq.
LOWEY DANNENBERG, P.C.
44 South Broadway, Suite 1100
White Plains, NY 10601
(914) 997-0500
vbriganti@lowey.com

Requests for the Notice and Claim Form should be made to:

*Global Payments Inc. Securities Litigation*
c/o A.B. Data, Ltd.
P.O. Box 173002
Milwaukee, WI 53217
(877) 411-4706
www.globalpaymentssecuritieslitigation.com

By Order of the Court

©2024 Investor's Business Daily, LLC. All rights reserved.

**sevans@strategicclaims.net**

| | |
|---|---|
| **From:** | phhubs@prnewswire.com |
| **Sent:** | Monday, September 23, 2024 8:00 AM |
| **To:** | sevans@strategicclaims.net |
| **Subject:** | PR Newswire: Press Release Distribution Confirmation for Pomerantz LLP. ID# 4243406-1-1 |

Hello

Your press release was successfully distributed at: 23-Sep-2024 08:00:00 AM ET

lease headline: Pomerantz LLP Announces Proposed Class Action Settlement on Behalf of Purchasers of Securities of Arrow Financial Corporation - AROW
Word Count: 750
Product Selections: US1
Visibility Reports Email
Complimentary Press Release Optimization
PR Newswire ID: 4243406-1-1

View your release:* https://www.prnewswire.com/news-releases/pomerantz-llp-announces-proposed-class-action-settlement-on-behalf-of-purchasers-of-securities-of-arrow-financial-corporation---arow-302244370.html?tc=eml_cleartime

Thank you for choosing PR Newswire!

Regards,
Your 24/7 Content Services Team
888-776-0942
PRNCS@prnewswire.com

Achieve your communications goals every time you distribute content, with these tips for crafting your next perfect press release: https://www.prnewswire.com/resources/white-papers/definitive-guide-engaging-press-release/?utm_medium=email&utm_source=iris&utm_content=content&utm_campaign=2024-prn-distro-confirmation

US Members, find audience, engagement and other key metrics for your release by accessing your complimentary Visibility Reports in the Online Member Center: https://portal.prnewswire.com/Login.aspx

* If the page link does not load immediately, please refresh and try again after a few minutes.
* Share Your Feedback: North American customers, please watch for our survey in your inbox tomorrow. Your input matters! Coming soon to other regions.