# EXHIBIT 2

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ROBERT C. ASHE and JEFFREY S. GOHN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>ARROW FINANCIAL CORPORATION, THOMAS J. MURPHY, PENKO K. IVANOV, and EDWARD J. CAMPANELLA,<br><br>Defendants. | **Case No. 1:23-cv-00764-AMN-DJS**<br><br>**CLASS ACTION** |

**DECLARATION OF BRENDA SZYDLO ON BEHALF OF POMERANTZ LLP CONCERNING ATTORNEYS' FEES AND EXPENSES**

I, Brenda Szydlo, declare and state, under penalty of perjury, that the following is true and correct to the best of my knowledge, information, and belief: [1]

1.    I am an attorney admitted to practice *pro hac vice* in this Court and a Partner at Pomerantz LLP ("Pomerantz"), Lead Counsel for Lead Plaintiff Robert C. Ashe and Plaintiff Jeffrey S. Gohn (collectively, "Plaintiffs") and the class in this Action. I have personal knowledge of the matters set forth herein and, if called upon, I could and would competently testify thereto.

---

[1] All capitalized terms used herein have the meanings set forth and defined in the Stipulation and Agreement of Settlement dated June 7, 2024 (the "Stipulation") (Dkt. No. 37-3).

1

2.      Pomerantz has been involved in the Action since its inception on June 23, 2023, and continuing throughout all other aspects of the Action.

3.      Pomerantz rendered the following legal services in connection with the prosecution of this Action: (i) conducted a comprehensive investigation which included interviews with former employees of Arrow, (ii) detailed reviews of Arrow's SEC filings, press releases, and other publicly available information; (iii) researched the applicable law with respect to the claims asserted in the action and the potential defenses thereto, in addition to relevant accounting and SEC guidance; (iv) had consultations with experts; (v) prepared and filed the complaint and the Amended Complaint; (vi) began preparing opposition papers with respect to Defendants' motion to dismiss; (vii) engaged in arm's length settlement negotiations and negotiated the written settlement documents; (viii) presented the Settlement to this Court by way of a motion for preliminary approval of the proposed Settlement; (ix) provided case updates and Court filings to Plaintiffs; and (x) oversaw the provision of Notice to the proposed Settlement Class and monitored the work of the Claims Administrator.

4.      The chart below is a summary indicating the amount of time spent by attorneys of my firm who, from inception of the Action through and including December 3, 2024, billed ten or more hours to the Action, and the lodestar calculation for those individuals based on my firm's billing rates for 2024. The schedule was prepared from contemporaneous daily time records regularly prepared and maintained by my firm. Time spent in preparing this Declaration in support of my firm's application for fees and reimbursement of expenses has not been included in this chart.

| Professional (Position) | Hourly Rate | Hours Worked | Lodestar |
|---|---|---|---|
| Brenda Szydlo (Partner) | $1,000.00 | 444.60 | $444,600.00 |

2

| | | | |
|---|---|---|---|
| James LoPiano (Associate) | $550.00 | 31.66 | $17,413.00 |
| Dean Ferrogari (Associate) | $500.00 | 307.20 | $153,600.00 |
| Guy Yedwab (Associate) | $475.00 | 48.53 | $23,051.75 |
| **TOTAL:** | | **831.99** | **$638,664.75** |

5.    From the inception of the Action through December 3, 2024, my firm performed a total of 831.99 professional work hours in the prosecution of this Action. The total lodestar amount for my firm is $638,664.75. My firm's hourly rates are the firm's current, customary rates.

6.    Pomerantz expended a total of $41,850.52 in unreimbursed expenses in connection with the prosecution of the Action, broken down as follows:

**LIST OF UNREIMBURSED EXPENSES**

| Category | Amount |
|---|---|
| Clerk Filing Fees | $652.00 |
| Online Computer Legal Research and Document Retrieval Fees | $3,832.05 |
| Expert Fees | $12,148.00 |
| Investigator Fees | $20,581.70 |
| Travel Expenses | $345.42 |
| Messenger Fees | $149.75 |
| Overtime-Clerical | $621.40 |
| Photocopy Charges-In House | $20.20 |
| Press Releases and Newswires Fees | $3,500 |
| **TOTAL EXPENSES** | **$41,850.52** |

7.      The expenses set forth above are reflected in Lead Counsel's books and records. These books and records are prepared from expense vouchers, check records, and financial statements prepared in the normal course of business for my firm and are an accurate record of the expenses incurred in the prosecution of the Action.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 12th day of December, 2024.

*/s/ Brenda Szydlo*
Brenda Szydlo