**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ROBERT C. ASHE and JEFFREY S. GOHN, Individually and on Behalf of All Others Similarly Situated,<br><br>          Plaintiffs,<br><br>      v.<br><br>ARROW FINANCIAL CORPORATION, THOMAS J. MURPHY, PENKO K. IVANOV, and EDWARD J. CAMPANELLA,<br><br>          Defendants. | **Case No. 1:23-cv-00764-AMN-DJS**<br><br>**CLASS ACTION** |

**SUPPLEMENTAL DECLARATION OF BRENDA SZYDLO IN SUPPORT OF PLAINTIFFS': (I) MOTION FOR FINAL APPROVAL OF PROPOSED CLASS ACTION SETTLEMENT; AND (II) MOTION FOR AN AWARD OF ATTORNEYS' FEES, REIMBURSEMENT OF EXPENSES, AND AWARDS TO PLAINTIFFS**

I, Brenda Szydlo, declare and state, under penalty of perjury, that the following is true and correct to the best of my knowledge, information and belief: [1]

1.      I am an attorney admitted to practice *pro hac vice* in this Court and a Partner at Pomerantz LLP ("Pomerantz"), Lead Counsel for Lead Plaintiff Robert C. Ashe and Plaintiff Jeffrey S. Gohn (collectively, "Plaintiffs") and the class in this Action. I have personal knowledge of the matters set forth herein and, if called upon, I could and would competently testify thereto.

---

[1] All capitalized terms used herein have the meanings set forth and defined in the Stipulation and Agreement of Settlement, dated June 7, 2024 ("Stipulation") (Dkt. No. 37-3).

1

2.      I submit this Supplemental Declaration in support of Plaintiffs' Motions for: (I) Final Approval of Proposed Class Action Settlement (Dkt. No. 41); and (II) An Award of Attorneys' Fees, Reimbursement of Expenses, and Awards to Plaintiffs (Dkt. No. 42).

3.      Attached hereto as **Exhibit 1** is a true and correct copy of the Supplemental Declaration of Sarah Evans Concerning: (A) Dissemination of the Notice and Claim Form; (B) Report on Requests for Exclusion and Objections; and (C) Claims Received to Date (the "Supp. Evans Decl."), dated January 2, 2025.

4.      The Court-ordered deadline for Settlement Class Members to object to the Settlement, Plan of Allocation, requested attorneys' fees and expenses, or requested awards to Plaintiffs, or to opt out of the Settlement Class, was December 20, 2024. Dkt. No. 39 (Preliminary Approval Order) ¶¶21, 25, 35. To date, and to my knowledge, there have been no objections, timely or otherwise. *See* Supp. Evans Decl. ¶10.  Additionally, to my knowledge, no Settlement Class Members have requested to be excluded from the Settlement Class. *Id.* ¶9.

5.      The overwhelmingly positive reaction of the Settlement Class further supports final approval of the proposed Settlement and the requested award of attorneys' fees, reimbursement of expenses, and awards to Plaintiffs.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 2nd day of January, 2025.

*/s/ Brenda Szydlo*
Brenda Szydlo

2

## CERTIFICATE OF SERVICE

I hereby certify that on January 2, 2025, a true and correct copy of the foregoing document

was served by CM/ECF to the parties registered to the Court's CM/ECF system.


By: */s/ Brenda Szydlo*
    Brenda Szydlo