# EXHIBIT 1

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| ROBERT C. ASHE and JEFFREY S. GOHN, Individually and on Behalf of All Others Similarly Situated,<br><br>             Plaintiffs,<br><br>      v.<br><br>ARROW FINANCIAL CORPORATION, THOMAS J. MURPHY, PENKO K. IVANOV, and EDWARD J. CAMPANELLA,<br><br>             Defendants. | **Case No. 1:23-cv-00764-AMN-DJS**<br><br>**CLASS ACTION** |

**SUPPLEMENTAL DECLARATION OF SARAH EVANS CONCERNING:**
**(A) DISSEMINATION OF THE NOTICE AND CLAIM FORM;**
**(B) REPORT ON REQUESTS FOR EXCLUSION AND OBJECTIONS;**
**AND (C) CLAIMS RECEIVED TO DATE**

I, Sarah Evans, declare as follows:

1.     I am a Project Manager at Strategic Claims Services ("SCS"), a nationally recognized class action administration firm.  I have over eight years of experience specializing in the administration of class action cases.  SCS was established in April 1999 and has administered over five hundred and fifty (550) class action cases since its inception.  I have personal knowledge of the facts set forth herein, and if called on to do so, I could and would testify competently thereto.

**UPDATE ON DISSEMINATION OF THE NOTICE AND CLAIM FORM**

2.     Pursuant to the Court's Order Granting Plaintiffs' Motion for Preliminary Approval of Class Action Settlement, dated August 26, 2024 (Dkt. No. 39, the "Preliminary Approval Order"), SCS was appointed and approved as the Claims Administrator to supervise and administer the notice procedure as well as the processing of claims in connection with the proposed Settlement

in the above-captioned action (the "Action").[1] I submit this supplemental declaration in order to provide the Court and the Parties with updated information regarding the notifications to potential Settlement Class Members, as well as other aspects of the Settlement administration process.

3.    As noted in the Declaration of Sarah Evans Concerning: (A) Dissemination of the Notice and Claim Form; (B) Publication of the Summary Notice; and (C) Report on Requests for Exclusion and Objections, dated December 11, 2024 (Dkt. No. 42-3, the "Initial Mailing Declaration"), SCS mailed or e-mailed 2,305 letters to the Nominee Account Holders and Institutional Groups contained on SCS's master mailing list.  The letter notified nominees of the Settlement and requested that within ten (10) calendar days from the date of the letter, nominees either: (a) request from SCS sufficient copies of the Notice of Pendency and Proposed Settlement of Class Action ("Notice") and Proof of Claim and Release Form ("Claim Form") (collectively, "Notice and Claim Form") to forward to all beneficial owners who were potential Settlement Class Members and, within ten (10) calendar days of receipt of the Notice and Claim Forms, forward them to all such beneficial owners; (b) request from SCS an electronic copy of the Notice and Claim Form and, within ten (10) calendar days of receipt, email the Notice and Claim Form to all such beneficial owners for whom valid email addresses are available; or (c) send a list of the names, mailing addresses, and email addresses (to the extent available) of all such beneficial owners to SCS so that SCS could promptly email or mail the Notice and Claim Form directly to such beneficial owners. A copy of the letter was attached as Exhibit B to the Initial Mailing Declaration.

4.    As of the date of the Initial Mailing Declaration, SCS had sent 2,123 settlement notices to potential Settlement Class Members or nominees, of which 1,747 were mailed Notice

---

[1] All capitalized terms used herein that are not otherwise defined have the meanings ascribed to them in the Stipulation and Agreement of Settlement, dated June 7, 2024 (Dkt. No. 37-3, the "Stipulation").

and Claim Forms and 376 were emailed electronic copies of the Notice and Claim Form. Additionally, SCS had received a request from a nominee for 1,950 Notice and Claim Forms so that the nominee could forward them to their clients who were potential Settlement Class Members. SCS had also been notified by a nominee that it emailed the electronic Notice and Claim Form to 2,956 of its clients. Since the Initial Mailing Declaration was filed, SCS has received and fulfilled five additional requests by individuals for the Notice and Claim Form to be mailed to them.  To date, a total of 7,034 settlement notices (either via mailed Notice and Claim Form or emailed electronic copy of the Notice and Claim Form) have been sent to potential Settlement Class Members by SCS or nominees.

5.       Since the Initial Mailing Declaration was filed, SCS has not received any additional Notice and Claim Forms which were returned undeliverable.

6.       Out of the 376 electronic copies of the Notice and Claim Form emailed by SCS, 18 "bounced back" as undeliverable. SCS promptly mailed a Notice and Claim Form to these potential Settlement Class Members at the mailing addresses on file.

<u>**UPDATE ON TOLL-FREE PHONE LINE**</u>

7.       The Initial Mailing Declaration noted that SCS maintains a toll-free telephone number (1-866-274-4004) for Settlement Class Members to call and obtain information about the Settlement.  SCS has promptly responded to each telephone inquiry and will continue to address Settlement Class Members' inquiries throughout the administration process.

<u>**UPDATE ON SETTLEMENT WEBSITE**</u>

8.       As noted in the Initial Mailing Declaration, on September 9, 2024, SCS established the Settlement webpage on its website at www.strategicclaims.net/Arrow/. The website is accessible 24 hours a day, 7 days a week, and it contains the case-related deadlines; an online claim

filing link; and important documents, such as the Notice and Claim Form, the Preliminary Approval Order, and the Stipulation and exhibits.  To date, the Settlement webpage has received 1,320 pageviews from 514 unique users.

## UPDATE ON REPORT ON EXCLUSIONS AND OBJECTIONS

9.      The Notice, Summary Notice, and the Settlement webpage informed potential Settlement Class Members that written requests for exclusion were to be mailed or delivered to SCS such that they were received no later than December 20, 2024. To date, SCS has not received any requests for exclusion.

10.      According to the Notice, the Summary Notice, and the Settlement webpage, Settlement Class Members seeking to object to the Settlement, the Plan of Allocation, or the Fee and Expense Application must have served copies of their objections upon Plaintiffs' Counsel and Defense Counsel, as well as filed their objections with the Clerk of the Court, no later than December 20, 2024.  As of the date of this declaration, SCS has neither received any objections nor been notified that any objections were filed.

## CLAIMS RECEIVED TO DATE

11.      The deadline for claims submission is January 17, 2025.  As of the date of this declaration, SCS has received 161 claims. A majority of the claims typically are submitted on or shortly before the claims filing deadline.  SCS is currently conducting quality assurance reviews of the submitted claims, such as verifying that claims include the required supporting documentation and identifying duplicative claims. Once this audit process is complete, claimants with incomplete or invalid claims will be given an opportunity cure their deficiencies, to the extent that their deficiencies may be cured.  With these steps currently outstanding, the number of claims considered valid has not yet been finally determined.

4

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 2nd day of January 2025, in Media, Pennsylvania.

_____
Sarah Evans